UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                                                                          Bankr. Case No. 20-22489-MBK-13

LIDIA E. GOMEZ and RICARDO GOMEZ                                             Chapter 13

    Debtor(s)

**REQUEST FOR NOTICE**

Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

> Americredit Financial Services, Inc. dba GM Financial
> PO Box 183853
> Arlington, TX  76096

By /s/ Mandy Youngblood

Mandy Youngblood
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                       Bankr. Case No. 20-22489-MBK-13

LIDIA E. GOMEZ and RICARDO GOMEZ                                    Chapter 13

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on December 7, 2020 :

EDWARD HANRATTY                               Albert Russo
80 COURT ST                                                      CN 4853
FREEHOLD, NJ 07728                           Trenton, NJ 08650

                                                                     By /s/ Mandy Youngblood
                                                                         Mandy Youngblood

xxxxx24308 / 1032869