UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Ricardo Gomez and Lidia E. Gomez

Case No.: _____ 20-22489 _____

Chapter: _____ 13 _____

Judge: _____ MBK _____

## NOTICE OF FAILURE TO FILE SUPPLEMENTAL
## DOCUMENTS CONCERNING SCHEDULES

TO: __Edward Hanratty_____

This will confirm that on _____January 29, 2021_____ the following document(s) was filed by you.

- ☒   Amendment to Schedule(s) _I & J_____,
- ☐   Missing Documents, including Schedule(s) _____,

This will further confirm that the court has not received the following supplemental documents:

- ☒   Declaration About an Individual Debtor's Schedules (106 Declaration)
- ☒   An updated Summary of Your Assets and Liabilities and Certain Statistical Information (106 Summary) [Schedules A/B, D, E/F, I and J ONLY]

- ☐   Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)
- ☐   An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary) [Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date of this notice.

Dated: _February 1, 2021_____          Jeanne A. Naughton, Clerk

*rev.1/4/17*

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 20-22489-MBK

Ricardo Gomez                                                             Chapter 13

Lidia E. Gomez

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                          Page 1 of 2

Date Rcvd: Feb 01, 2021                       Form ID: pdf903                       Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Ricardo Gomez, Lidia E. Gomez, 66 Texas Rd, Monroe, NJ 08831-9655 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Edward Hanratty | on behalf of Joint Debtor Lidia E. Gomez thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com |
| Edward Hanratty | on behalf of Debtor Ricardo Gomez thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com |
| Lauren Moyer | on behalf of Creditor Mortgage Research Center  LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company lmoyer@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |