UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

The Law Office of Edward Hanratty
Edward Hanratty, Esq. (052151997)
80 Court Street
Freehold, NJ 07728
(732)866-6655

In Re:

Ricardo & Lidia Gomez

Case No.: 20-22489
Chapter: 13
Adv. No.: 
Hearing Date: 3/2/2021
Judge: MBK

## CERTIFICATION OF SERVICE

1. I, __Arely Aguirre__ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for __Edward Hanratty__, who represents __Debtor__ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __2/3/2021__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Modified Chapter 13 Plan & Motions (Doc 33); and
    Notice of Confirmation Hearing (Doc 35)

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 2/3/2021

/s/ Arely Aguirre
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Alberto Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ricardo & Lidia Gomez<br>66 Texas Road<br>Monroe, NJ 08831 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| McCABE, WEISBERG & CONWAY, LLC<br>By: Lauren M. Moyer, Esq.<br>216 Haddon Avenue, Suite 201<br>Westmont, NJ 08108 | Attorney for Mortgage Veterans United Home Loans | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Americredit Financial Services, Inc.<br>dba GM Financial<br>PO Box 183853<br>Arlington, TX 76096 | Representative for GM Financial | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Denise Carlon Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | Attorney for Mortgage Shellpoint Mortgage | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| INTERNAL REVENUE SERVICES<br>ATTN: MANAGING AGENT/ PRESIDENT<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | INTERNAL REVENUE SERVICES | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| NEW JERSEY DIVISION OF TAXATION<br>ATTN: MANAGING AGENT/ PRESIDENT<br>50 Barrack St Fl 9<br>Trenton, NJ 08608-2006 | NEW JERSEY DIVISION OF TAXATION | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| United States Attorney General,<br>United States Department of Justice,<br>Ben Franklin Station, PO Box 68,<br>Washington, DC 20044<br>Attn: Managing Agent/President | US Attorney General | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| United States Attorney<br>Peter Rodino Building<br>970 Broad St., Ste 700<br>Newark, NJ 07102<br>Attn: Managing Agent/President | US Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| United States Trustee-<br>One Newark Center, Suite 2100<br>1085 Raymond Blvd.<br>Newark, NJ 07102<br>Attn: Managing Agent/President | US Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| New Jersey Attorney General Office, Division of Law, Richard J. Hughes Justice Complex, Attn: Managing Agent/ President 25 Market St., 9th Fl., PO Box 112 Trenton, NJ 08625 | NJ Attorney General Office | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RR ☒ Other  ECF (As authorized by the Court or by rule. Cite the rule if applicable.) |
| ACURA FINANCIAL SERVICE Attn: Managing Agent/ President PO BOX 168088 Irving, TX 75016 | Creditor | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RR ☒ Other  ECF (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered ☐ Regular mail ☐ Certified mail/RR ☐ Other  (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered ☐ Regular mail ☐ Certified mail/RR ☐ Other  (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered ☐ Regular mail ☐ Certified mail/RR ☐ Other  (As authorized by the Court or by rule. Cite the rule if applicable.) |