```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
```
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**The Law Office of Edward Hanratty**
```
Edward Hanratty, Esq. (052151997)
80 Court Street
Freehold, NJ 07728
O:(732)866-6655
```

In Re:

RICARDO & LIDIA GOMEZ

Order Filed on February 11, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 20-22489

Hearing Date:

Judge: MBK

**ORDER GRANTING MOTION TO INCUR POST-PETITION DEBT**

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED.**

**DATED: February 11, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having been presented to the Court by the Debtor and for good cause it is ordered that as of the _____ day of _____, the debtor's motion is hereby Granted.

1. Debtors are allowed to incur post-petition debt in the amount, for the purpose and from the source described in the debtor's certification in support of the application.