UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**THE LAW OFFICE OF EDWARD HANRATTY**
EDWARD HANRATTY, ESQ.
80 COURT STREET
FREEHOLD, NJ 07728
TEL: 732-866-6655

**Order Filed on February 25, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

IN RE:

RICARDO & LIDIA GOMEZ

CASE NO.: 20-22489

HEARING DATE:

JUDGE: MBK

## ORDER ENFORCING 2004 EXAMINATION

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

**DATED: February 25, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having been presented to the Court by the Debtor and for good cause it is ordered that as of the

_____ day of _____, the debtor's motion is hereby Granted.

**ORDERED** that Discover Student Loans (Proof of Claim 8) is compelled to provide requested documents stated in the 2004 Examination to the office of Edward Hanratty within 10 days of the date of this order.

..........