| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
**Chapter 13 Case No. 20-22489 / MBK**

Ricardo Gomez  
Lidia E. Gomez

Petition Filed Date: 11/09/2020  
341 Hearing Date: 12/10/2020  
Confirmation Date:

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/01/2020 | $790.00 | 72702740 | 01/04/2021 | $790.00 | 73441480 | 02/02/2021 | $790.00 | 74273040 |

**Total Receipts for the Period: $2,370.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $2,370.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Ricardo Gomez | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Edward Hanratty, Esq. | Attorney Fees | $0.00 | $0.00 | $0.00 |
| | | No Disbursements: No Check | | | |
| 1 | ACURA FINANCIAL SERVICES<br>»» LEASE/2018 ACURA MDX | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | NAVIENT SOLUTIONS, LLC ON BEHALF OF | Unsecured Creditors | $30,386.14 | $0.00 | $0.00 |
| 3 | INTERNAL REVENUE SERVICE<br>»» 2017-2019 | Priority Crediors | $26,392.25 | $0.00 | $0.00 |
| 4 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $953.20 | $0.00 | $0.00 |
| 5 | DISCOVER BANK | Unsecured Creditors | $4,906.78 | $0.00 | $0.00 |
| 6 | DISCOVER BANK | Unsecured Creditors | $3,781.39 | $0.00 | $0.00 |
| 7 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»» 2020 CHEVROLET SILVERDO | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 8 | DISCOVER STUDENT LOANS | Unsecured Creditors | $2,331.23 | $0.00 | $0.00 |
| 9 | DISCOVER STUDENT LOANS | Unsecured Creditors | $1,254.48 | $0.00 | $0.00 |
| 10 | DISCOVER STUDENT LOANS | Unsecured Creditors | $1,398.68 | $0.00 | $0.00 |
| 11 | GS2 GRANTOR TRUST 2016-A | Unsecured Creditors | $2,084.98 | $0.00 | $0.00 |
| 12 | CITIBANK, N.A. | Unsecured Creditors | $5,543.11 | $0.00 | $0.00 |
| 13 | CITIBANK, N.A.<br>»» CITI MC | Unsecured Creditors | $835.49 | $0.00 | $0.00 |
| 14 | MORTGAGE RESEARCH CENTER<br>»» P/66 TEXAS RD/1ST MTG | Mortgage Arrears | $12,197.75 | $0.00 | $0.00 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured Creditors | $11,255.45 | $0.00 | $0.00 |
| 16 | SALLIE MAE | Unsecured Creditors | $3,421.55 | $0.00 | $0.00 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SEARS | Unsecured Creditors | $4,842.72 | $0.00 | $0.00 |
| 18 | Verizon by American InfoSource as Agent | Unsecured Creditors | $588.38 | $0.00 | $0.00 |
| 19 | Verizon by American InfoSource as Agent | Unsecured Creditors | $160.97 | $0.00 | $0.00 |

**Chapter 13 Case No. 20-22489 / MBK**

| 20 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2018-2019 | Priority Crediors | $6,983.15 | $0.00 | $0.00 |
|---|---|---|---|---|---|
| 21 | CITIBANK, N.A.<br>»» HOME DEPOT CC | Unsecured Creditors | $10,391.33 | $0.00 | $0.00 |
| 22 | CITIBANK, N.A.<br>»» MY BEST BUY VISA | Unsecured Creditors | $8,843.18 | $0.00 | $0.00 |
| 23 | New Rez LLC DBA Shellpont Mortgage Serv<br>»» NP/57 FORREST AVE/1ST MTG | Mortgage Arrears | $5,650.74 | $0.00 | $0.00 |
| 24 | SYNCHRONY BANK<br>»» CARECREDIT | Unsecured Creditors | $2,712.85 | $0.00 | $0.00 |
| 25 | SYNCHRONY BANK<br>»» ASHLEY HOMESTORES | Unsecured Creditors | $2,329.83 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,370.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $790.00 |
| Paid to Trustee: | $144.57 | Arrearages: | $0.00 |
| Funds on Hand: | $2,225.43 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**