UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

IN RE:                                                        CASE NO.: 20-22489-MBK
                                                                                       CHAPTER 13

**Ricardo Gomezaka Ricardo Gomez-Sanchez,**
   Debtor.

**Lidia E. Gomezaka Lidia E Marteaka**
**Lidia Esther Gomezaka Lidia Marteaka**
**Lidia Esther Marteaka Lidia Gomez,**
   Joint Debtor.

_____/

**REQUEST FOR SERVICE**

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

                   **ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
                                       **130 CLINTON RD #202**
                                       **FAIRFIELD, NJ 7004**

                                                                       Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                                                       Authorized Agent for Secured Creditor
                                                                       130 Clinton Rd #202
                                                                       Fairfield, NJ 7004
                                                                       Telephone: 470-321-7112

                                                                       By: /s/Laura Egerman
                                                                            Laura Egerman
                                                                            Email: legerman@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 4, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

RICARDO GOMEZ
AKA RICARDO GOMEZ-SANCHEZ
66 TEXAS RD
MONROE, NJ 08831-9655

LIDIA E. GOMEZ
66 TEXAS RD
MONROE, NJ 08831-9655

And via electronic mail to:

EDWARD HANRATTY
80 COURT ST.
FREEHOLD, NJ 07728

EDWARD HANRATTY
80 COURT ST.
FREEHOLD, NJ 07728

EDWARD HANRATTY
STANDING CHAPTER 13 TRUSTEE
CN 4853
TRENTON, NJ 08650-4853

U.S. TRUSTEE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Christi Lara
Christi Lara
Email: clara@raslg.com