UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Kristen P. Watson Esquire
Burr & Forman LLP
420 N. 20th Street
Suite 3400
Birmingham, AL  35203
Main Number: (205) 251-3000
kwatson@burr.com
Attorney for Discover Student Loans

In Re:
Ricardo Gomez aka Ricardo Gomez-Sanchez
Lidia E. Gomez aka Lidia E. Marte aka Lidia Esther Gomez aka Lidia Marte aka Lidia Esther Marte aka Lidia Gomez

Case No.:    20-22489 MBK

Chapter:    13

Judge:    Michael B. Kaplan

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of    Discover Student Loans   . Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:
420 N. 20th Street
Suite 3400
Birmingham, AL  35203

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Date: April 8, 2021

Kristen P. Watson
Signature

*new.8/1/15*