Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                  Case No.: 20−22489−MBK
                                  Chapter: 13
                                  Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ricardo Gomez                                    Lidia E. Gomez
   aka Ricardo Gomez−Sanchez               aka Lidia Esther Gomez, aka Lidia E
   66 Texas Rd                                      Marte, aka Lidia Marte, aka Lidia Gomez,
   Monroe, NJ 08831−9655                      aka Lidia Esther Marte
                                                       66 Texas Rd
                                                       Monroe, NJ 08831−9655

Social Security No.:
   xxx−xx−2649                                     xxx−xx−6210

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:        8/11/21
Time:       01:00 PM
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Edward Hanratty, Debtor's Attorney

COMMISSION OR FEES
Fees: $2,111.67

EXPENSES
$84.35

If this is a chapter 13 case, the fees and expenses awarded:

     ☐    will not reduce the amount to be paid to general unsecured
              creditors under the plan.

     ☑    will reduce the amount to be paid to general unsecured
              creditors under the plan as follows: TO PAY DEBTORS ATTORNEY FEES

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

     An appearance is not required on an application for compensation unless an objection is filed.

Dated: July 9, 2021
JAN: rms

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Ricardo Gomez  
Lidia E. Gomez  
    Debtors

Case No. 20-22489-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: Jul 09, 2021      Form ID: 137      Total Noticed: 60

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Ricardo Gomez, Lidia E. Gomez, 66 Texas Rd, Monroe, NJ 08831-9655 |
| 519016159 | | ACURA FINANCIAL SERVICE, PO Box 65507, Wilmington, DE 19808-0507 |
| 519016161 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, AMERICAN HONDA FINANCE, 201 Little Falls Dr, Wilmington, DE 19808-1674 |
| 519016162 | | AMEX DEPARTMENT STORES N, PO Box 8218, Mason, OH 45040-8218 |
| 519016163 | | AMEX/DSNB, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 519064596 | + | Cenlar, FSB, Attention: BK Department, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 519016179 | | EQUIFAX, Equifax Disclosure Department, PO Box 740241, Atlanta, GA 30374-0241 |
| 519016180 | | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 519016181 | | FIRSTMARK/SLF V - 2015, 121 S 13th St Ste 201, Lincoln, NE 68508-1911 |
| 519027256 | + | GS2 Grantor Trust 2016-A, Firstmark Services, PO Box 82522, Lincoln, NE 68501-2522 |
| 519016189 | | NEW JERSEY DIVISION OF TAXATION, 50 Barrack St Fl 9, Trenton, NJ 08608-2006 |
| 519016190 | | NEWREZ C/O PHH MORTGAGE SERVICES, PO Box 5452, Mount Laurel, NJ 08054-5452 |
| 519076213 | | NewRez LLC DBA Shellpoint Mortgage Servicing, PO Box 10826, Greenville SC 29603-0826 |
| 519016191 | | SALLIE MAE BANK INC, PO Box 3229, Wilmington, DE 19804-0229 |
| 519016193 | | SLC STUDENT LOAN TRUST, PO Box 15316, Wilmington, DE 19850-5316 |
| 519070733 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 519016198 | | TransUnion, TransUnion Consumer Solutions,, PO Box 2000, Chester, PA 19016-2000 |
| 519016199 | | USAA SAVINGS BANK, PO BOX 47504, San Antonio, TX 78201 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 09 2021 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 09 2021 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519016160 | | Email/Text: backoffice@affirm.com | Jul 09 2021 20:29:00 | AFFIRM INC, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 519018523 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 09 2021 20:29:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 519023810 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 09 2021 20:29:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 519016164 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 09 2021 20:38:37 | BEST BUY/CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519016165 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 09 2021 20:38:35 | CAPITAL ONE BANK USA N, 15000 Capital One Dr, Richmond, VA 23238-1119 |

Case 20-22489-MBK    Doc 96    Filed 07/11/21    Entered 07/12/21 00:17:56    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 09, 2021 | Form ID: 137 | Total Noticed: 60 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| 519016167 | Email/Text: clientservices@credit-control.com | Jul 09 2021 20:29:00 | CENTRAL LOAN ADMIN & R, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 519016166 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 09 2021 20:38:46 | CBNA, 50 NW Point Blvd, Elk Grove Village, IL 60007-1032 |
| 519016168 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 09 2021 20:38:55 | CITIBANK N A, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519016169 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 09 2021 20:38:46 | CITICARDS CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 519016170 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 09 2021 20:29:00 | COMENITY BANK/TREK, PO Box 182789, Columbus, OH 43218-2789 |
| 519016171 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 09 2021 20:29:00 | COMENITYBANK/NY&CO, PO Box 182789, Columbus, OH 43218-2789 |
| 519016172 | Email/PDF: pa_dc_ed@navient.com | Jul 09 2021 20:38:35 | DEPT OF ED/NAVIENT, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 519016173 | Email/Text: electronicbkydocs@nelnet.net | Jul 09 2021 20:29:00 | DEPT OF EDUCATION/NELN, 121 S 13th St, Lincoln, NE 68508-1904 |
| 519016174 | Email/Text: DMCCO.VBASPL@va.gov | Jul 09 2021 20:29:00 | DEPT OF VETERANS AFFAI, PO Box 11930, Saint Paul, MN 55111-0930 |
| 519016175 | Email/Text: bankruptcynotices@devry.edu | Jul 09 2021 20:29:00 | DEVRY UNIVERSITY INC, 1200 E Diehl Rd, Naperville, IL 60563-9347 |
| 519016176 | Email/Text: mrdiscen@discover.com | Jul 09 2021 20:28:00 | DISCOVER FIN SVCS LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 519016177 | Email/Text: mrdiscen@discover.com | Jul 09 2021 20:28:00 | DISCOVER FINANCIAL SER, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 519016178 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 09 2021 20:38:46 | DSNB/MACYS, PO BOX 8218, Mason, OH 45040 |
| 519016186 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 09 2021 20:38:37 | MACYS/DSNB, PO Box 8218, Mason, OH 45040-8218 |
| 519023366 | Email/Text: mrdiscen@discover.com | Jul 09 2021 20:28:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519025411 | + Email/Text: DSLBKYPRO@discover.com | Jul 09 2021 20:29:00 | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 519016182 | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 09 2021 20:29:00 | GM FINANCIAL, PO Box 181145, Arlington, TX 76096-1145 |
| 519016183 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 09 2021 20:29:00 | INTERNAL REVENUE SERVICES, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519016184 | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 09 2021 20:38:35 | JPMCB CARD, PO Box 15369, Wilmington, DE 19850-5369 |
| 519016185 | Email/Text: PBNCNotifications@peritusservices.com | Jul 09 2021 20:28:00 | KOHLS/CAPONE, N56 RIDGEWOOD DR, Menomonee Falls, WI 53051 |
| 519016187 | + Email/PDF: pa_dc_claims@navient.com | Jul 09 2021 20:38:52 | NAVIENT, 123 S Justison St, Wilmington, DE 19801-5363 |
| 519016188 | Email/Text: ext_ebn_inbox@navyfederal.org | Jul 09 2021 20:29:37 | NAVY FEDERAL CR UNION, PO Box 3700, Merrifield, VA 22119-3700 |
| 519020649 | + Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jul 09 2021 20:28:00 | Navient Solutions, LLC on behalf of, Ascendium Education Solutions, Inc., PO Box 8961, Madison, WI 53708-8961 |
| 519236660 | Email/PDF: pa_dc_claims@navient.com | Jul 09 2021 20:38:52 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 519066821 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

| Recip ID | Bypass | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519064857 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 09 2021 20:38:44 | Portfolio Recovery Associates, LLC, c/o Sears, POB 41067, Norfolk VA 23541 |
| 519016192 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 09 2021 20:38:52 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519016194 | | Email/PDF: gecsedi@recoverycorp.com | Jul 09 2021 20:38:55 | SEARS/CBNA, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 519016195 | | Email/PDF: gecsedi@recoverycorp.com | Jul 09 2021 20:38:33 | SYNCB/AMAZON, PO Box 965015, Orlando, FL 32896-5015 |
| 519016196 | | Email/PDF: gecsedi@recoverycorp.com | Jul 09 2021 20:38:33 | SYNCB/ASHLEY HOMESTORE, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 519066220 | | Email/Text: ebn_bkrt_forms@salliemae.com | Jul 09 2021 20:38:40 | SYNCB/CARE CREDIT, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 519076760 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 09 2021 20:29:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 519017860 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 09 2021 20:38:33 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519016197 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 09 2021 20:38:48 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519068407 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jul 09 2021 20:38:37 | THD/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| | | | Jul 09 2021 20:38:56 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519017220 | | Lidia Gomez |
| 519049218 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 11, 2021          Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2021 at the address(es) listed below:

**Name**          **Email Address**

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Jul 09, 2021 | Form ID: 137 | Total Noticed: 60 |

Albert Russo
    docs@russotrustee.com

Denise E. Carlon
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com
    bkgroup@kmllawgroup.com

Edward Hanratty
    on behalf of Debtor Ricardo Gomez thanratty@centralnewjerseybankruptcylawyer.com
    aaguirre@centralnewjerseybankruptcylawyer.com

Edward Hanratty
    on behalf of Plaintiff Lidia E. Gomez thanratty@centralnewjerseybankruptcylawyer.com
    aaguirre@centralnewjerseybankruptcylawyer.com

Edward Hanratty
    on behalf of Plaintiff Ricardo Gomez thanratty@centralnewjerseybankruptcylawyer.com
    aaguirre@centralnewjerseybankruptcylawyer.com

Edward Hanratty
    on behalf of Joint Debtor Lidia E. Gomez thanratty@centralnewjerseybankruptcylawyer.com
    aaguirre@centralnewjerseybankruptcylawyer.com

John M. Kolesnik
    on behalf of Creditor Mortgage Research Center  LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company
    nj.bkecf@fedphe.com

Kristen Peters Watson
    on behalf of Creditor Discover Student Loans kwatson@burr.com  jcarlin@burr.com;sfoshee@burr.com

Laura M. Egerman
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkyecf@rasflaw.com
    bkyecf@rasflaw.com;legerman@rasnj.com

Lauren Moyer
    on behalf of Creditor Mortgage Research Center  LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company
    lmoyer@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11