UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

The Law Office of Edward Hanratty
Edward Hanratty, Esq. (052151997)
80 Court Street
Freehold, NJ 07728
732-866-6655

In Re:

RICARDO & LIDIA GOMEZ

Order Filed on August 12, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 20-22489

Chapter: 13

Judge: MBK

CORRECTED

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 12, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Edward Hanratty_____, the applicant, is allowed a fee of $ _____2,111.67_____ for services rendered and expenses in the amount of $_____84.35_____ for a total of $_____2,196.02_____ . The allowance shall be payable:

- ☑ through the Chapter 13 plan as an administrative priority.
- ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____1,258.00_____ per month for _____51_____ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*