UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Telephone Number 973-575-0707
Attorneys For Secured Creditor

In Re:

**Ricardo Gomez**
*aka* **Ricardo Gomez-Sanchez**
**&**
**Lidia E. Gomez**
*aka* **Lidia E Marte**
*aka* **Lidia Esther Gomez**
*aka* **Lidia Marte**
*aka* **Lidia Esther Marte**
*aka* **Lidia Gomez,**
            **Debtors.**

Case No.:    **20-22489-MBK**

Chapter:     13

Judge:     Michael B. Kaplan

## NOTICE OF MORTGAGE FORBEARANCE

The undersigned is the Attorney for Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing, in this matter. On or about March 16, 2021, the Creditor was advised that the Debtor(s)' mortgage loan ending in 5387 ("subject mortgage loan"), secured by real property described as 66 Texas Rd Monroe, NJ 08831-9655, has been impacted by COVID-19. Pursuant to State and/or Federal guidelines, a forbearance has been offered, the terms of which are as follows:

1. The parties agree to a forbearance period of 450 days and have elected to not tender mortgage payments to Creditor that would come due on the subject mortgage loan starting 03/01/2020 through 5/1/2021.

2. Debtor(s) will resume mortgage payments beginning 6/1/2021 and will be required to cure the delinquency created by the forbearance period ("forbearance arrears").

3. The payment amount currently is $2,051.30.

4. The Creditor, at this time, does not waive any rights to collect the payments that come due during the forbearance period or any payments that were due and owing prior to the forbearance period. Creditor does not waive its rights under the terms of the note and mortgage or under other applicable non-bankruptcy laws and regulations, including, but not limited to, RESPA, and the right to collect on any post-petition escrow shortage.

5. The Creditor does not waive its rights to seek relief from the automatic stay for reasons other than non-payment of the mortgage, including, but not limited to, a lapse in insurance coverage or payment of property taxes.

6. The Debtor(s) do not waive any rights upon expiration of the forbearance period. Prior to the expiration of the forbearance period, however, the Debtor(s) must take the following affirmative steps to address the status of the subject mortgage loan including, but not limited to: (a) bringing the account post-petition current; (b) requesting extension of the forbearance period; (c) applying for loss mitigation; and/or (d) amending the Chapter 13 Plan.

7. Any objection to this Notice must be filed and served not later than 14 days after the filing of the Notice. The Court may conduct a hearing on the objection.

**This Notice is intended to disclose a temporary forbearance of the Debtor(s)' obligation to remit post-petition payments for the forbearance period. Nothing within this Notice should be construed to alter any rights, duties, or deadlines that are not related to the remittance of post-petition mortgage payments.**

Dated: 8/26/2021

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Telephone Number 973-575-0707
Attorneys For Secured Creditor
By:/s/
By: /s/ Harold N. Kaplan_____
Harold N. Kaplan, Esquire
Bar ID: HK0226
Email: hkaplan@raslg.com

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor | |
| In Re:<br><br>**Ricardo Gomez**<br>*aka* **Ricardo Gomez-Sanchez**<br>**&**<br>**Lidia E. Gomez**<br>*aka* **Lidia E Marte**<br>*aka* **Lidia Esther Gomez**<br>*aka* **Lidia Marte**<br>*aka* **Lidia Esther Marte**<br>*aka* **Lidia Gomez,**<br>         **Debtors.** | Case No.:   **20-22489-MBK**<br><br>Chapter:       13<br><br>Judge:     Michael B. Kaplan |

## CERTIFICATION OF SERVICE

1. I, Harold Kaplan, represent NewRez LLC d/b/a Shellpoint Mortgage Servicing, in this matter.

2. On   8/26/2021 , I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below: Notice of Mortgage Forbearance.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 8/26/2021

                                            Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                            Attorney for Secured Creditor
                                            130 Clinton Road, Suite 202
                                            Fairfield, NJ 07004
                                            Telephone Number 973-575-0707
                                            By: /s/ Harold N. Kaplan_____
                                            Harold N. Kaplan, Esquire
                                            Bar ID:  HK0226
                                            Email: hkaplan@raslg.com

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Edward Hanratty**<br>Edward Hanratty<br>80 Court Street<br>Freehold, NJ 07728 | Attorney for Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br><br>(as authorized by the court*) |
| **Ricardo Gomez**<br>66 Texas Rd<br>Monroe, NJ 08831-9655<br>&<br>**Lidia E. Gomez**<br>66 Texas Rd<br>Monroe, NJ 08831-9655 | Debtors | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other<br><br>(as authorized by the court*) |
| **Albert Russo**<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br><br>(as authorized by the court*) |
| **U.S. Trustee**<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br><br>(as authorized by the court*) |