| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 20-22489 / MBK**

Ricardo Gomez  
Lidia E. Gomez

Petition Filed Date: 11/09/2020  
341 Hearing Date: 12/10/2020  
Confirmation Date: 03/02/2021

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/04/2021 | $790.00 | 73441480 | 02/02/2021 | $790.00 | 74273040 | 03/01/2021 | $960.00 | 74890740 |
| 04/01/2021 | $1,165.00 | 75665150 | 05/10/2021 | $1,214.00 | 76601570 | 06/07/2021 | $1,214.00 | 77253400 |
| 07/15/2021 | $1,214.00 | 78118670 | 08/16/2021 | $1,214.00 | 78801830 | 09/13/2021 | $1,214.00 | 79409910 |
| 10/22/2021 | $1,214.00 | 80286840 | 11/17/2021 | $1,214.00 | 80891550 | 12/17/2021 | $1,214.00 | 81520000 |
| 01/18/2022 | $1,214.00 | 82125370 | | | | | | |

**Total Receipts for the Period: $14,631.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $15,421.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Ricardo Gomez | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Edward Hanratty, Esq.<br>»»  ORDER 4/30/21 | Attorney Fees | $2,387.32 | $2,387.32 | $0.00 |
| 1 | ACURA FINANCIAL SERVICES<br>»»  2018 ACURA MDX/LEASE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | NAVIENT SOLUTIONS, LLC ON BEHALF OF<br>»»  O/S | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 3 | INTERNAL REVENUE SERVICE<br>»»  2017-2019 | Priority Crediors | $26,546.40 | $0.00 | $26,546.40 |
| 4 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $2,113.10 | $0.00 | $2,113.10 |
| 5 | DISCOVER BANK | Unsecured Creditors | $4,906.78 | $0.00 | $4,906.78 |
| 6 | DISCOVER BANK | Unsecured Creditors | $3,781.39 | $0.00 | $3,781.39 |
| 7 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»»  2020 CHEVROLET SILVERDO | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 8 | DISCOVER STUDENT LOANS<br>»»  O/S | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 9 | DISCOVER STUDENT LOANS<br>»»  O/S | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 10 | DISCOVER STUDENT LOANS<br>»»  O/S | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 11 | GS2 GRANTOR TRUST 2016-A<br>»»  O/S | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 12 | CITIBANK, N.A. | Unsecured Creditors | $5,543.11 | $0.00 | $5,543.11 |

**Chapter 13 Case No. 20-22489 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 13 | CITIBANK, N.A.<br>»» CITI MC | Unsecured Creditors | $835.49 | $0.00 | $835.49 |
| 14 | MORTGAGE RESEARCH CENTER<br>»» P/66 TEXAS RD/1ST MTG/LOAN MOD ORDER 12/22/21 | Mortgage Arrears<br>No Disbursements: Paid outside | $2,793.80 | $2,793.80 | $0.00 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»» HOME DEPOT | Unsecured Creditors | $11,255.45 | $0.00 | $11,255.45 |
| 16 | SALLIE MAE<br>»» O/S | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SEARS | Unsecured Creditors | $4,842.72 | $0.00 | $4,842.72 |
| 18 | Verizon by American InfoSource as Agent | Unsecured Creditors | $588.38 | $0.00 | $588.38 |
| 19 | Verizon by American InfoSource as Agent | Unsecured Creditors | $160.97 | $0.00 | $160.97 |
| 20 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2018-2019 | Priority Crediors | $6,983.15 | $0.00 | $6,983.15 |
| 21 | CITIBANK, N.A.<br>»» HOME DEPOT | Unsecured Creditors | $10,391.33 | $0.00 | $10,391.33 |
| 22 | CITIBANK, N.A.<br>»» BEST BUY | Unsecured Creditors | $8,843.18 | $0.00 | $8,843.18 |
| 23 | New Rez LLC DBA Shellpont Mortgage Serv<br>»» NP/57 FORREST AVE/1ST MTG | Mortgage Arrears | $6,038.80 | $5,594.60 | $444.20 |
| 24 | SYNCHRONY BANK<br>»» CARECREDIT | Unsecured Creditors | $2,712.85 | $0.00 | $2,712.85 |
| 25 | SYNCHRONY BANK<br>»» ASHLEY HOMESTORES | Unsecured Creditors | $2,329.83 | $0.00 | $2,329.83 |
| 26 | NAVIENT SOLUTIONS, LLC ON BEHALF OF<br>»» O/S PER PLAN | Unsecured Creditors<br>No Disbursements: Filed Out of Time - NO NOT | $0.00 | $0.00 | $0.00 |
| 0 | Edward Hanratty, Esq.<br>»» ORDER 8/12/21 | Attorney Fees | $2,196.02 | $2,196.02 | $0.00 |
| 0 | Edward Hanratty, Esq.<br>»» ORDER 11/15/21 | Attorney Fees | $190.17 | $190.17 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,421.00 | Plan Balance: | $55,844.00 ** |
| Paid to Claims: | $13,161.91 | Current Monthly Payment: | $1,214.00 |
| Paid to Trustee: | $1,147.07 | Arrearages: | $1,214.00 |
| Funds on Hand: | $1,112.02 | Total Plan Base: | $71,265.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

**View your case information online for** *FREE*! Register today at www.ndc.org or scan this code to get started.



 **This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.