UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Judge: _____

Chapter:                          13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____ , creditor,

   A hearing has been scheduled for _____, at _____.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☐ Certification of Default filed by _____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):

☐ Other (**explain your answer**):

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: __10/18/22__                                    _____
                                                      Debtor's Signature

Date: __10/18/22__                                    _____
                                                      Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*

# EXHIBIT A

# WELLS FARGO

Accounts › | Brokerage | Transfer & Pay › | Plan & Learn › | Security & Support ›

🔍 | ✉️ 2 | ⊕ Sign Off | 👤 Welcome, LIDIA ›

🖨 Print

## Account Summary    Switch Account ▼

| ⊕ | 10/04/22 | VETERANS UNITED 1 TIME DFT 093022 0102513116 RICARDO GOMEZ | | $2,900.25 |

# EXHIBIT B



| Date | Description | Amount |
|---|---|---|
| 10/14/22 | VETERANS UNITED 1 TIME DFT 101222 0102513116 | $2,900.25 |

Received for Processing