B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

### District of New Jersey

**In re: Ricardo Gomez, Lidia E Gomez**                     Case No. 20-22489

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee: | Name of Transferor: |
|---|---|
| Carrington Mortgage Services, LLC | Mortgage Research Center, LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company |

Name and Address where notices to Transferee should be sent:

Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806

Court Claim # (if known): 13-2

Amount of Claim: $441,864.49
Date Claim Filed: 03/10/2022

Phone: 800-561-4567
Last Four Digits of Acct #: 0841

Phone: 609-883-3900
Last Four Digits of Acct #: 3116

Name and Address where Transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Jerden Woodhouse                                    Date: 12/29/2022
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**UNITED STATES BANKRUPTCY COURT**
**District of New Jersey**

*In Re:*  Case No. 20-22489
**Ricardo Gomez, Lidia E Gomez**

        **Debtor(s)**  Chapter 13

**CERTIFICATE OF SERVICE**

I hereby certify that on 12/29/2022, a true and correct copy of the foregoing was served upon all interested parties pursuant to the Court's CM/ECF system.

By: /s/ Jerden Woodhouse
Authorized Agent for Transferee
1425 Greenway Drive, Suite 250
Irving, TX 75038

<u>Debtor through the Debtor's Attorney of Record</u>
Ricardo Gomez
66 Texas Rd
Monroe NJ 08831

Lidia E Gomez
66 Texas Rd
Monroe NJ 08831

<u>Trustee</u>
Albert Russo
CN 4853
Trenton, NJ 08650-4853

<u>Debtor's Counsel</u>
Edward Hanratty
57 West Main Street, Ste 2nd Floor, Suite 2d
Freehold, NJ 07728

<u>U.S. Trustee (if applicable)</u>
Office of the United States Trustee
One Newark Center Ste 2100
Newark, NJ 07102