| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>CGG 22-029150<br>LOGS Legal Group LLP<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856) 793-3080<br>Elizabeth L. Wassall, Esq. 023211995<br>ATTORNEYS FOR CARRINGTON MORTGAGE SERVICES, LLC |

| | |
|---|---|
| In Re:<br><br>RICARDO GOMEZ AND LIDIA E. GOMEZ,<br>                    DEBTORS | Case No.: 20-22489-MBK<br><br>Judge: HONORABLE MICHAEL B. KAPLAN<br><br>Chapter: 13 |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled                    ☒ Withdrawn

Matter: Motion for Relief from Automatic Stay        ECF Doc: 144

Date:    2-7-2023                    */s/Elizabeth L. Wassall*
                                                        Signature

*rev.8/1/15*