| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
### Chapter 13 Case No. 20-22489 / MBK

Ricardo Gomez
Lidia E. Gomez

Petition Filed Date: 11/09/2020
341 Hearing Date: 12/10/2020
Confirmation Date: 03/02/2021

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/18/2022 | $1,214.00 | 82125370 | 02/17/2022 | $1,214.00 | 82789200 | 03/14/2022 | $1,214.00 | 83353870 |
| 04/21/2022 | $1,066.00 | 84162380 | 05/31/2022 | $1,066.00 | 84979190 | 07/05/2022 | $1,066.00 | 85633940 |
| 08/02/2022 | $1,066.00 | 86144920 | 08/30/2022 | $1,066.00 | 86767080 | 10/04/2022 | $1,066.00 | 87420970 |
| 10/21/2022 | $1,066.00 | 87796710 | 11/30/2022 | $1,066.00 | 88513820 | 01/04/2023 | $1,066.00 | 89096190 |
| 01/27/2023 | $1,066.00 | 89618330 | 02/27/2023 | $1,066.00 | 90208890 | | | |

**Total Receipts for the Period: $15,368.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $29,575.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Ricardo Gomez | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Edward Hanratty, Esq.<br>»»  ORDER 4/30/21 | Attorney Fees | $2,387.32 | $2,387.32 | $0.00 |
| 1 | ACURA FINANCIAL SERVICES<br>»»  2018 ACURA MDX/LEASE DEFICIENCY | Unsecured Creditors | $898.19 | $0.00 | $898.19 |
| 2 | NAVIENT SOLUTIONS, LLC ON BEHALF OF<br>»»  O/S | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 3 | INTERNAL REVENUE SERVICE<br>»»  2017-2019 | Priority Crediors | $26,546.40 | $7,504.09 | $19,042.31 |
| 4 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $1,040.74 | $0.00 | $1,040.74 |
| 5 | DISCOVER BANK | Unsecured Creditors | $4,906.78 | $0.00 | $4,906.78 |
| 6 | DISCOVER BANK | Unsecured Creditors | $3,781.39 | $0.00 | $3,781.39 |
| 7 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»»  2020 CHEVROLET SILVERDO | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 8 | DISCOVER STUDENT LOANS<br>»»  O/S | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 9 | DISCOVER STUDENT LOANS<br>»»  O/S | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 10 | DISCOVER STUDENT LOANS<br>»»  O/S | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 11 | GS2 GRANTOR TRUST 2016-A<br>»»  O/S | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 12 | CITIBANK, N.A. | Unsecured Creditors | $5,543.11 | $0.00 | $5,543.11 |

| | | | | | |
|---|---|---|---|---|---|
| 13 | CITIBANK, N.A.<br>»» CITI MC | Unsecured Creditors | $835.49 | $0.00 | $835.49 |
| 14 | CARRINGTON MORTGAGE SERVICES LLC<br>»» P/66 TEXAS RD/1ST MTG/LOAN MOD ORDER 12/22/21/MORTGAGE RESEARCH | Mortgage Arrears | $2,793.80 | $2,793.80 | $0.00 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»» HOME DEPOT | Unsecured Creditors | $11,255.45 | $0.00 | $11,255.45 |
| 16 | SALLIE MAE<br>»» O/S | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SEARS | Unsecured Creditors | $4,842.72 | $0.00 | $4,842.72 |
| 18 | Verizon by American InfoSource as Agent | Unsecured Creditors | $588.38 | $0.00 | $588.38 |
| 19 | Verizon by American InfoSource as Agent | Unsecured Creditors | $160.97 | $0.00 | $160.97 |
| 20 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2018-2019 | Priority Crediors | $6,983.15 | $1,974.00 | $5,009.15 |
| 21 | CITIBANK, N.A.<br>»» HOME DEPOT | Unsecured Creditors | $10,391.33 | $0.00 | $10,391.33 |
| 22 | CITIBANK, N.A.<br>»» BEST BUY | Unsecured Creditors | $8,843.18 | $0.00 | $8,843.18 |
| 23 | New Rez LLC DBA Shellpont Mortgage Serv<br>»» NP/57 FORREST AVE/1ST MTG | Mortgage Arrears | $6,038.80 | $6,038.80 | $0.00 |
| 24 | SYNCHRONY BANK<br>»» CARECREDIT | Unsecured Creditors | $2,712.85 | $0.00 | $2,712.85 |
| 25 | SYNCHRONY BANK<br>»» ASHLEY HOMESTORES | Unsecured Creditors | $2,329.83 | $0.00 | $2,329.83 |
| 26 | NAVIENT SOLUTIONS, LLC ON BEHALF OF<br>»» O/S PER PLAN | Unsecured Creditors<br>No Disbursements: Filed Out of Time - NO NOT | $0.00 | $0.00 | $0.00 |
| 0 | Edward Hanratty, Esq.<br>»» ORDER 8/12/21 | Attorney Fees | $2,196.02 | $2,196.02 | $0.00 |
| 0 | Edward Hanratty, Esq.<br>»» ORDER 11/15/21 | Attorney Fees | $190.17 | $190.17 | $0.00 |
| 0 | Edward Hanratty, Esq.<br>»» ORDER 4/14/22 | Attorney Fees | $1,579.98 | $1,579.98 | $0.00 |
| 0 | Edward Hanratty, Esq.<br>»» ORDER 7/6/22 | Attorney Fees | $947.91 | $947.91 | $0.00 |
| 0 | Edward Hanratty, Esq.<br>»» ORDER 11/15/22 | Attorney Fees | $714.43 | $714.43 | $0.00 |

Chapter 13 Case No. 20-22489 / MBK

**SUMMARY**

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $29,575.00 | Plan Balance: | $33,964.00 ** |
| Paid to Claims: | $26,326.52 | Current Monthly Payment: | $1,066.00 |
| Paid to Trustee: | $2,259.23 | Arrearages: | ($148.00) |
| Funds on Hand: | $989.25 | Total Plan Base: | $63,539.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.