Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  20–22489–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Ricardo Gomez | Lidia E. Gomez |
| aka Ricardo Gomez–Sanchez | aka Lidia Esther Gomez, aka Lidia E |
| 66 Texas Rd | Marte, aka Lidia Marte, aka Lidia Gomez, |
| Monroe, NJ 08831–9655 | aka Lidia Esther Marte |
| | 66 Texas Rd |
| | Monroe, NJ 08831–9655 |

Social Security No.:
    xxx–xx–2649                              xxx–xx–6210
Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:       4/26/23
Time:       02:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

---

APPLICANT(S)
Edward Hanratty, Debtor's Attorney

COMMISSION OR FEES
fee: $1114.96

EXPENSES
$14.24.

---

If this is a chapter 13 case, the fees and expenses awarded:

☑    will not reduce the amount to be paid to general unsecured
      creditors under the plan.

☐    will reduce the amount to be paid to general unsecured
      creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: March 15, 2023
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 20-22489-MBK

Ricardo Gomez                                                                          Chapter 13

Lidia E. Gomez

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                    Page 1 of 5

Date Rcvd: Mar 15, 2023                  Form ID: 137                           Total Noticed: 65

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Ricardo Gomez, Lidia E. Gomez, 66 Texas Rd, Monroe, NJ 08831-9655 |
| lm | + | Mortgage Research Center LLC, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 519016159 | # | ACURA FINANCIAL SERVICE, PO Box 65507, Wilmington, DE 19808-0507 |
| 519016161 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, AMERICAN HONDA FINANCE, 201 Little Falls Dr, Wilmington, DE 19808-1674 |
| 519027256 | + | GS2 Grantor Trust 2016-A, Firstmark Services, PO Box 82522, Lincoln, NE 68501-2522 |
| 519016189 | | NEW JERSEY DIVISION OF TAXATION, 50 Barrack St Fl 9, Trenton, NJ 08608-2006 |
| 519016193 | | SLC STUDENT LOAN TRUST, PO Box 15316, Wilmington, DE 19850-5316 |
| 519070733 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 519016199 | | USAA SAVINGS BANK, PO BOX 47504, San Antonio, TX 78201 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 15 2023 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 15 2023 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | Mar 15 2023 20:44:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 519016160 | | Email/Text: backoffice@affirm.com | Mar 15 2023 20:45:00 | AFFIRM INC, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 519018523 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 15 2023 20:45:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 519023810 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 15 2023 20:45:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 519016162 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 15 2023 20:49:15 | AMEX DEPARTMENT STORES N, PO Box 8218, Mason, OH 45040-8218 |
| 519016163 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 15 2023 20:49:05 | AMEX/DSNB, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 519016164 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 15 2023 20:49:15 | BEST BUY/CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519016165 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 15 2023 20:49:11 | CAPITAL ONE BANK USA N, 15000 Capital |

District/off: 0312-3 | User: admin | Page 2 of 5
--- | --- | ---
Date Rcvd: Mar 15, 2023 | Form ID: 137 | Total Noticed: 65

|  |  |  | One Dr, Richmond, VA 23238-1119 |
| --- | --- | --- | --- |
| 519064596 | | Email/Text: BKelectronicnotices@cenlar.com | |
| | | Mar 15 2023 20:44:00 | Cenlar, FSB, Attention: BK Department, 425 Phillips Blvd, Ewing, NJ 08618 |
| 519016167 | | Email/Text: clientservices@credit-control.com | |
| | | Mar 15 2023 20:45:00 | CENTRAL LOAN ADMIN & R, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 519016166 | | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Mar 15 2023 20:49:15 | CBNA, 50 NW Point Blvd, Elk Grove Village, IL 60007-1032 |
| 519016168 | | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Mar 15 2023 20:49:15 | CITIBANK N A, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519016169 | | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Mar 15 2023 20:49:05 | CITICARDS CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 519016170 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
| | | Mar 15 2023 20:45:00 | COMENITY BANK/TREK, PO Box 182789, Columbus, OH 43218-2789 |
| 519016171 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
| | | Mar 15 2023 20:45:00 | COMENITYBANK/NY&CO, PO Box 182789, Columbus, OH 43218-2789 |
| 519801612 | + | Email/Text: BKBCNMAIL@carringtonms.com | |
| | | Mar 15 2023 20:44:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road Ste 110,, PMB 200A, Anaheim, CA 92806-5951 |
| 519801613 | + | Email/Text: BKBCNMAIL@carringtonms.com | |
| | | Mar 15 2023 20:44:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road Ste 110,, PMB 200A, Anaheim, CA 92806-5951, Carrington Mortgage Services, LLC, 1600 South Douglass Road Ste 110, |
| 519016172 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | |
| | | Mar 15 2023 20:49:12 | DEPT OF ED/NAVIENT, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 519016173 | | Email/Text: electronicbkydocs@nelnet.net | |
| | | Mar 15 2023 20:45:00 | DEPT OF EDUCATION/NELN, 121 S 13th St, Lincoln, NE 68508-1904 |
| 519016174 | | Email/Text: DMCCO.VBASPL@va.gov | |
| | | Mar 15 2023 20:45:00 | DEPT OF VETERANS AFFAI, PO Box 11930, Saint Paul, MN 55111-0930 |
| 519016175 | | Email/Text: bankruptcynotices@devry.edu | |
| | | Mar 15 2023 20:45:00 | DEVRY UNIVERSITY INC, 1200 E Diehl Rd, Naperville, IL 60563-9347 |
| 519016176 | | Email/Text: mrdiscen@discover.com | |
| | | Mar 15 2023 20:44:00 | DISCOVER FIN SVCS LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 519016177 | | Email/Text: mrdiscen@discover.com | |
| | | Mar 15 2023 20:44:00 | DISCOVER FINANCIAL SER, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 519016178 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Mar 15 2023 20:49:05 | DSNB/MACYS, PO BOX 8218, Mason, OH 45040 |
| 519016186 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Mar 15 2023 20:49:27 | MACYS/DSNB, PO Box 8218, Mason, OH 45040-8218 |
| 519023366 | | Email/Text: mrdiscen@discover.com | |
| | | Mar 15 2023 20:44:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519025411 | + | Email/Text: DSLBKYPRO@discover.com | |
| | | Mar 15 2023 20:45:00 | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 519016179 | ^ | MEBN | |
| | | Mar 15 2023 20:39:26 | EQUIFAX, Equifax Disclosure Department, PO Box 740241, Atlanta, GA 30374-0241 |
| 519016180 | ^ | MEBN | |
| | | Mar 15 2023 20:39:33 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 519016181 | | Email/Text: FMClaims@Firstmarkservices.com | |
| | | Mar 15 2023 20:44:27 | FIRSTMARK/SLF V - 2015, 121 S 13th St Ste 201, Lincoln, NE 68508-1911 |
| 519016182 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | |
| | | Mar 15 2023 20:45:00 | GM FINANCIAL, PO Box 181145, Arlington, TX 76096-1145 |
| 519016183 | | Email/Text: sbse.cio.bnc.mail@irs.gov | |
| | | Mar 15 2023 20:45:00 | INTERNAL REVENUE SERVICES, PO Box |

District/off: 0312-3                         User: admin                              Page 3 of 5
Date Rcvd: Mar 15, 2023                   Form ID: 137                          Total Noticed: 65

|  |  |  |  |
|---|---|---|---|
|  |  |  | 7346, Philadelphia, PA 19101-7346 |
| 519016184 |  | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 15 2023 20:49:11 | JPMCB CARD, PO Box 15369, Wilmington, DE 19850-5369 |
| 519016185 |  | Email/Text: PBNCNotifications@peritusservices.com | Mar 15 2023 20:44:00 | KOHLS/CAPONE, N56 RIDGEWOOD DR, Menomonee Falls, WI 53051 |
| 519016187 | + | Email/PDF: pa_dc_claims@navient.com | Mar 15 2023 20:49:13 | NAVIENT, 123 S Justison St, Wilmington, DE 19801-5363 |
| 519016188 |  | Email/Text: ext_ebn_inbox@navyfederal.org | Mar 15 2023 20:45:00 | NAVY FEDERAL CR UNION, PO Box 3700, Merrifield, VA 22119-3700 |
| 519016190 |  | Email/Text: BKEBN-Notifications@ocwen.com | Mar 15 2023 20:44:00 | NEWREZ C/O PHH MORTGAGE SERVICES, PO Box 5452, Mount Laurel, NJ 08054-5452 |
| 519020649 | + | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Mar 15 2023 20:44:00 | Navient Solutions, LLC on behalf of, Ascendium Education Solutions, Inc., PO Box 8961, Madison, WI 53708-8961 |
| 519236660 |  | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Mar 15 2023 20:49:02 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 519076213 |  | Email/Text: mtgbk@shellpointmtg.com | Mar 15 2023 20:44:00 | NewRez LLC DBA Shellpoint Mortgage Servicing, PO Box 10826, Greenville SC 29603-0826 |
| 519270030 | + | Email/Text: mtgbk@shellpointmtg.com | Mar 15 2023 20:44:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville SC 29603-0826 |
| 519066821 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 15 2023 20:49:26 | Portfolio Recovery Associates, LLC, c/o Sears, POB 41067, Norfolk VA 23541 |
| 519064857 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 15 2023 20:49:25 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519016191 |  | Email/Text: ebn_bkrt_forms@salliemae.com | Mar 15 2023 20:45:00 | SALLIE MAE BANK INC, PO Box 3229, Wilmington, DE 19804-0229 |
| 519016192 |  | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 15 2023 20:49:27 | SEARS/CBNA, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 519016194 |  | Email/PDF: gecsedi@recoverycorp.com | Mar 15 2023 20:49:22 | SYNCB/AMAZON, PO Box 965015, Orlando, FL 32896-5015 |
| 519016195 |  | Email/PDF: gecsedi@recoverycorp.com | Mar 15 2023 20:49:01 | SYNCB/ASHLEY HOMESTORE, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 519016196 |  | Email/PDF: gecsedi@recoverycorp.com | Mar 15 2023 20:49:02 | SYNCB/CARE CREDIT, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 519066220 |  | Email/Text: ebn_bkrt_forms@salliemae.com | Mar 15 2023 20:45:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 519076760 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 15 2023 20:49:12 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519017860 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 15 2023 20:49:01 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519016197 |  | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 15 2023 20:49:27 | THD/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519016198 | ^ | MEBN | Mar 15 2023 20:38:55 | TransUnion, TransUnion Consumer Solutions,, PO Box 2000, Chester, PA 19016-2000 |
| 519068407 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 15 2023 20:49:26 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 56

District/off: 0312-3                          User: admin                          Page 4 of 5
Date Rcvd: Mar 15, 2023                       Form ID: 137                          Total Noticed: 65

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519017220 | | Lidia Gomez |
| 519049218 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court.; AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2023                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Andrew M. Lubin | on behalf of Creditor Mortgage Research Center  LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Edward Hanratty | on behalf of Debtor Ricardo Gomez thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com |
| Edward Hanratty | on behalf of Plaintiff Lidia E. Gomez thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com |
| Edward Hanratty | on behalf of Plaintiff Ricardo Gomez thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com |
| Edward Hanratty | on behalf of Joint Debtor Lidia E. Gomez thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com |
| Elizabeth L. Wassall | on behalf of Creditor Carrington Mortgage Services  LLC ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Harold N. Kaplan | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing hkaplan@rasnj.com  kimwilson@raslg.com |
| John M. Kolesnik | on behalf of Creditor Mortgage Research Center  LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company nj.bkecf@fedphe.com |
| Kristen Peters Watson | on behalf of Creditor Discover Student Loans kwatson@burr.com  jcarlin@burr.com;sfoshee@burr.com |

District/off: 0312-3                          User: admin                                    Page 5 of 5
Date Rcvd: Mar 15, 2023                       Form ID: 137                              Total Noticed: 65

Laura M. Egerman
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkyecf@rasflaw.com
    bkyecf@rasflaw.com;legerman@raslg.com

Marisa Myers Cohen
    on behalf of Creditor Mortgage Research Center  LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company
    nj-ecfmail@mwc-law.com, jhillier@mwc-law.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 14