| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**<br>130 Clinton Road, Lobby B, Suite 202<br>Fairfield, NJ 07004<br>Telephone: 973-575-0707<br>Attorneys for Secured Creditor<br><br>Aleisha C. Jennings, Esquire<br>NJ BAR #049302015 | Order Filed on April 6, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| **In Re:**<br><br>**RICARDO GOMEZ AND**<br><br>**LIDIA E. GOMEZ**<br><br>      Debtor(s) | CASE NO.: 20-22489-MBK<br><br>CHAPTER 13<br><br>HEARING DATE: APRIL 12, 2023<br><br>JUDGE: MICHAEL B. KAPLAN |

## ORDER APPROVING DEFERRAL AGREEMENT

The relief set forth on the following page, number two (2), is hereby **ORDERED.**

**DATED: April 6, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor: GOMEZ
Case No: 20-22489-MBK
Caption of Order: **Order Approving Deferral Agreement**

_____

THIS MATTER having been brought to the Court on the motion of Secured Creditor, NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, seeking an Order Authorizing Entry of a Deferral Agreement concerning a mortgage on real property, 57 Forrest Avenue, Sayreville, NJ 08872, referenced on the Deferral Agreement attached to Secured Creditor's motion, and the Court having considered the submissions; and the parties having been given timely notice; and for good cause shown:

1. IT IS ORDERED Debtor(s) is/are granted approval to enter into the attached Deferral Agreement.

2. IT IS ORDERED that Debtors shall file an amended Schedule J and Modified Plan within twenty (20) days of this Order.

3. IT IS ORDERED that this Order shall be incorporated and become a part of any Order confirming the Chapter 13 Plan in the herein matter

4. IT IS FURTHER ORDERED The attorney's fees associated with the Secured Creditor's filing of this motion, in the amount of $713.00 are deemed recoverable via the Chapter 13 Plan.