|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b) | **Order Filed on April 6, 2023**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| **Robertson, Anschutz, Schneid, Crane &**<br>**Partners, PLLC**<br>130 Clinton Road, Lobby B, Suite 202<br>Fairfield, NJ 07004<br>Telephone:973-575-0707<br>Attorneys for Secured Creditor<br><br>Aleisha C. Jennings, Esquire<br>NJ BAR #049302015 | |
| **In Re:**<br><br>**RICARDO GOMEZ AND**<br><br>**LIDIA E. GOMEZ**<br><br>   **Debtor(s)** | CASE NO.: 20-22489-MBK<br><br>CHAPTER 13<br><br>HEARING DATE: APRIL 12, 2023<br><br>JUDGE: MICHAEL B. KAPLAN |

### ORDER APPROVING DEFERRAL AGREEMENT

The relief set forth on the following page, number two (2), is hereby **ORDERED.**

**DATED: April 6, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor: GOMEZ
Case No: 20-22489-MBK
Caption of Order: **Order Approving Deferral Agreement**

---

THIS MATTER having been brought to the Court on the motion of Secured Creditor, NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, seeking an Order Authorizing Entry of a Deferral Agreement concerning a mortgage on real property, 57 Forrest Avenue, Sayreville, NJ 08872, referenced on the Deferral Agreement attached to Secured Creditor's motion, and the Court having considered the submissions; and the parties having been given timely notice; and for good cause shown:

1.　　IT IS ORDERED Debtor(s) is/are granted approval to enter into the attached Deferral Agreement.

2.　　IT IS ORDERED that Debtors shall file an amended Schedule J and Modified Plan within twenty (20) days of this Order.

3.　　IT IS ORDERED that this Order shall be incorporated and become a part of any Order confirming the Chapter 13 Plan in the herein matter

4.　　IT IS FURTHER ORDERED The attorney's fees associated with the Secured Creditor's filing of this motion, in the amount of $713.00 are deemed recoverable via the Chapter 13 Plan.

United States Bankruptcy Court

District of New Jersey

In re:                                                                           Case No. 20-22489-MBK

Ricardo Gomez                                                            Chapter 13

Lidia E. Gomez

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 06, 2023 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Ricardo Gomez, Lidia E. Gomez, 66 Texas Rd, Monroe, NJ 08831-9655 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2023                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing ajennings@raslg.com |
| Andrew M. Lubin | on behalf of Creditor Mortgage Research Center  LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Edward Hanratty | on behalf of Joint Debtor Lidia E. Gomez thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com |
| Edward Hanratty | on behalf of Debtor Ricardo Gomez thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com |

Edward Hanratty

on behalf of Plaintiff Lidia E. Gomez thanratty@centralnewjerseybankruptcylawyer.com
aaguirre@centralnewjerseybankruptcylawyer.com

Edward Hanratty

on behalf of Plaintiff Ricardo Gomez thanratty@centralnewjerseybankruptcylawyer.com
aaguirre@centralnewjerseybankruptcylawyer.com

Elizabeth L. Wassall

on behalf of Creditor Carrington Mortgage Services  LLC ewassall@logs.com,
njbankruptcynotifications@logs.com;logsecf@logs.com

Harold N. Kaplan

on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing hkaplan@rasnj.com  kimwilson@raslg.com

John M. Kolesnik

on behalf of Creditor Mortgage Research Center  LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company
nj.bkecf@fedphe.com

Kristen Peters Watson

on behalf of Creditor Discover Student Loans kwatson@burr.com  jcarlin@burr.com;sfoshee@burr.com

Laura M. Egerman

on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkyecf@rasflaw.com
bkyecf@rasflaw.com;legerman@raslg.com

Marisa Myers Cohen

on behalf of Creditor Mortgage Research Center  LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company
nj-ecfmail@mwc-law.com, jhillier@mwc-law.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 15