UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**CAPTION IN COMPLIANCE WITH D.N.J. LBR 9004-2(C)**

**THE LAW OFFICE OF EDWARD HANRATTY**
EDWARD HANRATTY, ESQ. (052151997)
57 W. MAIN STREET, SUITE 2D
FREEHOLD NJ 07728
T: 732-866-6655
F: 732-734-0651

**Order Filed on May 11, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

IN RE:

**RICARDO & LIDIA GOMEZ**

CASE NO.: 20-22489
HEARING DATE:
JUDGE: MBK

## ORDER APPROVING MORTGAGE PAYMENT DEFERRAL

The relief set forth on the following page, number two (2), is hereby ORDERED.

**DATED: May 11, 2023**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

**THIS MATTER** having been brought to the Court on the motion of Debtor seeking an Order Approving Mortgage Payment Deferral concerning a mortgage on real property, 57 Forrest Avenue, Sayreville, NJ 08872, referenced in Debtor's motion, and the Court having considered the submissions; and the parties having been given timely notice; and for good cause shown:

**IT IS ORDERED** Debtor(s) motion is hereby **GRANTED;**

**AND IT IS FURTHER ORDERED** that Debtors can proceed with finalizing the pre-approved deferment program for the following date: July 2022 through March 2023;