UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

**IN RE:**                                                                **CASE NO.: 20-22489**
                                                                                        **CHAPTER 13**

**Ricardo Gomez,**
    **Debtor.**

**Lidia E. Gomez,**
    **Joint Debtor.**

_____/

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                                 Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                                 Authorized Agent for Secured Creditor
                                                 130 Clinton Rd #202
                                                 Fairfield, NJ 07004
                                                 Telephone: 470-321-7112

                                                 By: <u>/s/Aleisha C. Jennings</u>
                                                       Aleisha C. Jennings
                                                       Email: ajennings@raslg.com

# CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on August 28, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

RICARDO GOMEZ
66 TEXAS RD
MONROE, NJ 08831-9655

LIDIA E. GOMEZ
66 TEXAS RD
MONROE, NJ 08831-9655

And via electronic mail to:

EDWARD HANRATTY
57 WEST MAIN STREET
STE 2ND FLOOR
SUITE 2D
FREEHOLD, NJ 07728

ALBERT RUSSO
STANDING CHAPTER 13 TRUSTEE
CN 4853
TRENTON, NJ 08650-4853

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

      By: /s/ Emily Cheng