

# INVOICE

**Edward Hanratty**
57 WEST MAIN STREET, 2ND FLOOR, SUITE 2D
Freehold, New Jersey 7728

| | |
|---|---:|
| Invoice #: | 1443 |
| Date: | 11-06-2023 |
| Due On: | 11-30-2023 |

LIDIA GOMEZ
66 Texas Rd
Monroe, NJ 08831

Matter Name: GOMEZ, RICARDO & LIDIA

## Services

| Date | Atty | Description | Quantity | Rate | Discount | Total |
|---|---|---|---|---|---|---|
| 07-10-23 | AA | DRAFT FEE APP | F / F  0.0833 | 100.00 | - | $8.33 |
| 07-10-23 | AA | Email Correspondence: Re: ▓▓▓ - Deferment approved by the court | D / D  0.0167 | 100.00 | 100.00% | $0.00 |
| 07-17-23 | AA | DRAFT POS & SERVE FEE APP | F / F  0.10 | 100.00 | - | $10.00 |
| 07-19-23 | AA | Email Correspondence: Re: 0▓▓▓ - Deferment approved by the court | D / D  0.0167 | 100.00 | 100.00% | $0.00 |
| 07-19-23 | AA | Email Correspondence: Re: ▓▓▓ - Deferment approved by the court | D / D  0.0167 | 100.00 | 100.00% | $0.00 |
| 07-20-23 | AA | Email Correspondence: Re: ▓▓▓ - Deferment approved by the court | D / D  0.0167 | 100.00 | 100.00% | $0.00 |
| 07-26-23 | AA | Email Correspondence: Re: 0▓▓▓ - Deferment approved by the court | D / D  0.0167 | 100.00 | 100.00% | $0.00 |
| 07-26-23 | AA | Email Correspondence: Re: ▓▓▓ - Deferment approved by the court | D / D  0.0167 | 100.00 | - | $1.67 |
| 07-26-23 | AA | Email Correspondence: Re: ▓▓▓ Deferment approved by the court | D / D  0.0167 | 100.00 | 100.00% | $0.00 |

| Date | | Description | | | | | |
|---|---|---|---|---|---|---|---|
| 08-11-23 | EH | tc w clients, Ricardo laid off, advised ok w trustee payments as of now he may start company and take out 401 k, | D / D | 0.50 | 400.00 | - | $200.00 |
| 08-29-23 | EH | Email Correspondence: FW: BKY 20-22489 / RAS 21-036883 / GOMEZ / DEFERMENT | D / D | 0.0167 | 400.00 | 100.00% | $0.00 |
| 08-30-23 | AA | Email Correspondence: RE: FW: BKY 20-22489 / RAS 21-036883 / GOMEZ / DEFERMENT | D / D | 0.05 | 100.00 | - | $5.00 |
| 09-05-23 | AA | Email Correspondence: RE: BKY 20-22489 / RAS 21-036883 / GOMEZ / DEFERMENT | D / D | 0.0833 | 100.00 | - | $8.33 |
| 09-27-23 | AA | Email Correspondence: RE: BKY 20-22489 / RAS 21-036883 / GOMEZ / DEFERMENT | D / D | 0.0167 | 100.00 | 100.00% | $0.00 |
| 09-27-23 | AA | Email Correspondence: Law Office of Edward Hanratty | Motion to Approve Deferral Agreement | D / D | 0.0333 | 100.00 | - | $3.33 |
| 09-28-23 | AA | Email Correspondence: Re: Law Office of Edward Hanratty | Motion to Approve Deferral Agreement | D / D | 0.0167 | 100.00 | - | $1.67 |
| 09-29-23 | EH | draft and file nom to approve mortgage defer | F / F | 1.00 | 400.00 | - | $400.00 |
| 10-02-23 | AA | DRAFT POS - NOM APPROVE DEFERRAL | F / F | 0.05 | 100.00 | - | $5.00 |
| 10-12-23 | AA | LTR TO CLT ENC NTC OF MORTGAGE PAY CHANGE | D / D | 0.0667 | 100.00 | - | $6.67 |

Services Subtotal: $650.00

Expenses

| Date | | Description | | | | | |
|---|---|---|---|---|---|---|---|
| 07-17-23 | AA | SERVE | FEE APP | E108 | 2.00 | 0.63 | - | $1.26 |
| 10-03-23 | AA | SERVE | NOM APPROVE DEFERRAL | E108 | 1.00 | 8.53 | - | $8.53 |

Expenses Subtotal: $9.79

| | |
|---|---|
| Discount | $18.36 |
| Subtotal | $659.79 |
| Tax | $0.00 |
| Total | $659.79 |
| Payment | $0.00 |
| Balance Owing | $659.79 |

Statement Account Summary

| Previous Balance | | New Charges | | Payments Received | | **Total Amount Outstanding** |
|---|---|---|---|---|---|---|
| $158.74 | + | $659.79 | - | $0.00 | = | **$818.53** |

Trust Account Balance $0.00

Operating Account Balance $0.03

Total Client Balance $818.53

Total Matter Balance $818.53

Please make all amounts payable to: Edward Hanratty

Payments can be made by: Cash, Credit/ Debit Card, Check, Money Order, Paypal, or Wire Transfer

THANK YOU FOR ALLOWING US TO REPRESENT YOU!