| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**CAPTION IN COMPLIANCE WITH D.N.J. LBR 9004-2(C)**<br><br>**THE LAW OFFICE OF EDWARD HANRATTY**<br>EDWARD HANRATTY, ESQ. (052151997)<br>57 W. MAIN STREET, SUITE 2D<br>FREEHOLD NJ 07728<br>T: 732-866-6655<br>F: 732-734-0651 | Order Filed on November 8, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>**RICARDO & LIDIA GOMEZ** | CASE NO.: 20-22489<br>HEARING DATE:<br>JUDGE: MBK |

# ORDER APPROVING MORTGAGE PAYMENT DEFERRAL

The relief set forth on the following page, number two (2), is hereby ORDERED.

**DATED: November 8, 2023**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

**THIS MATTER** having been brought to the Court on the motion of Debtor seeking an Order Approving Mortgage Payment Deferral concerning a mortgage on real property, 57 Forrest Avenue, Sayreville, NJ 08872, referenced in Debtor's motion, and the Court having considered the submissions; and the parties having been given timely notice; and for good cause shown:

**IT IS ORDERED** Debtor(s) motion is hereby **GRANTED;**

**AND IT IS FURTHER ORDERED** that debtors are granted approval to enter into the attached Deferral Agreement.