Form nteqcmsgsvc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  20–22489–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ricardo Gomez
   aka Ricardo Gomez–Sanchez
   66 Texas Rd
   Monroe, NJ 08831–9655

Lidia E. Gomez
   aka Lidia Esther Gomez, aka Lidia E
   Marte, aka Lidia Marte, aka Lidia Gomez,
   aka Lidia Esther Marte
   66 Texas Rd
   Monroe, NJ 08831–9655

Social Security No.:
   xxx–xx–2649                          xxx–xx–6210

Employer's Tax I.D. No.:

---

## NOTICE OF CLERK'S QUALITY CONTROL MESSAGE

        Please be advised that on December 26, 2023, the court entered the following quality control message on the court's docket in the above–captioned case:

Clerk's Office Quality Control Message: Please note that Local Form Certification of Service must be filed in accordance with the appropriate service provisions. This local form can be found in the Forms section of the Courts website www.njb.uscourts.gov. (related document:185 Motion re: to suspend trustee payments Filed by Edward Hanratty on behalf of Lidia E. Gomez, Ricardo Gomez. Hearing scheduled for 1/24/2024 at 09:00 AM at MBK – Courtroom 8, Trenton. (Attachments: # 1 Certification # 2 Proposed Order) filed by Debtor Ricardo Gomez, Joint Debtor Lidia E. Gomez) (km)

Dated: December 26, 2023
JAN: km

Jeanne Naughton
Clerk