| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**CAPTION IN COMPLIANCE WITH D.N.J. LBR 9004-2(C)**<br><br>**THE LAW OFFICE OF EDWARD HANRATTY**<br>EDWARD HANRATTY, ESQ. (052151997)<br>57 W. MAIN STREET, SUITE 2D<br>FREEHOLD NJ 07728<br>T: 732-866-6655<br>F: 732-734-0651 | Order Filed on January 25, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>**RICARDO & LIDIA GOMEZ** | CASE NO.: 20-22489<br>HEARING DATE:<br>JUDGE: MBK |

### ORDER TEMPORARILY SUSPENDING TRUSTEE PAYMENTS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: January 25, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**THIS MATTER** having been brought to the Court on the motion of Debtor seeking an Order to Temporarily Suspend Trustee Payments, referenced in Debtor's motion, and the Court having considered the submissions; and the parties having been given timely notice; and for good cause shown:

**IT IS ORDERED** The debtor's trustee payments are hereby suspended from October 1, 2023 to January 1, 2024.

**AND IT IS FURTHER ORDERED** The Recap numbers would be as follows:

a. $37,037.00 Paid to Date (37 Months)

b. $0.00 x 4 months (October 2023, November 2023, December 2023 and January 2024)

c. $1,480.00 x 22 Beginning February 01, 2024