**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**TRENTON DIVISION**

| | |
|---|---|
| IN RE: | Case No. 20-22489-MBK |
| | Chapter 13 |
| Ricardo Gomez aka Ricardo Gomez-Sanchez | |
| Lidia E. Gomez aka Lidia E Marte aka Lidia | |
| Esther Gomez aka Lidia Marte aka Lidia Esther | |
| Marte aka Lidia Gomez | |
| | |
| Debtor(s). | |

## NOTICE OF APPEARANCE

**NewRez LLC d/b/a Shellpoint Mortgage Servicing**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Suite 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By:   /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire
Bar No: 009221995
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
seisenberg@sterneisenberg.com
Attorney for Creditor

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 16th day of April, 2024, to the following:

Edward Hanratty
1 West Main Street
Freehold, NJ 07728
thanratty@tomeslawfirm.com
***Attorney for Debtor(s)***


Albert Russo
CN 4853
Trenton, NJ 08650-4853
docs@russotrustee.com
***Chapter 13 Trustee***


U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102
USTPRegion03.NE.ECF@usdoj.gov
***U.S. Trustee***


and by standard first class mail postage prepaid to:

Ricardo Gomez aka Ricardo Gomez-Sanchez
66 Texas Rd
Monroe, NJ 08831-9655

Lidia E. Gomez aka Lidia E Marte aka Lidia Esther Gomez aka Lidia Marte aka Lidia Esther Marte aka Lidia Gomez
66 Texas Rd
Monroe, NJ 08831-9655
***Debtor(s)***


By:     /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire