Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.: 20−22489−MBK
                        Chapter: 13
                        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Ricardo Gomez | Lidia E. Gomez |
| aka Ricardo Gomez−Sanchez | aka Lidia Esther Gomez, aka Lidia E |
| 66 Texas Rd | Marte, aka Lidia Marte, aka Lidia Gomez, |
| Monroe, NJ 08831−9655 | aka Lidia Esther Marte |
| | 66 Texas Rd |
| | Monroe, NJ 08831−9655 |

Social Security No.:
  xxx−xx−2649                                 xxx−xx−6210

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 28, 2024.

Dated: June 28, 2024
JAN: bwj

                                                         Jeanne Naughton
                                                         Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-22489-MBK |
| Ricardo Gomez | Chapter 13 |
| Lidia E. Gomez | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 5 |
| Date Rcvd: Jun 28, 2024 | Form ID: plncf13 | Total Noticed: 70 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Ricardo Gomez, Lidia E. Gomez, 66 Texas Rd, Monroe, NJ 08831-9655 |
| lm | + | Mortgage Research Center LLC, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| cr | + | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |
| 519016159 | | ACURA FINANCIAL SERVICE, PO Box 65507, Wilmington, DE 19808-0507 |
| 519016161 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, AMERICAN HONDA FINANCE, 201 Little Falls Dr, Wilmington, DE 19808-1674 |
| 519027256 | + | GS2 Grantor Trust 2016-A, Firstmark Services, PO Box 82522, Lincoln, NE 68501-2522 |
| 519016189 | | NEW JERSEY DIVISION OF TAXATION, 50 Barrack St Fl 9, Trenton, NJ 08608-2006 |
| 519016193 | | SLC STUDENT LOAN TRUST, PO Box 15316, Wilmington, DE 19850-5316 |
| 519076760 | + | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519017860 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519016199 | | USAA SAVINGS BANK, PO BOX 47504, San Antonio, TX 78201 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 28 2024 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 28 2024 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: BKBCNMAIL@carringtonms.com | Jun 28 2024 20:48:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 519016160 | | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 28 2024 21:02:30 | AFFIRM INC, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 519018523 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jun 28 2024 20:50:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 519023810 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 28 2024 20:49:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 519016162 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2024 21:03:21 | AMEX DEPARTMENT STORES N, PO Box 8218, Mason, OH 45040-8218 |
| 519016163 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2024 21:03:02 | AMEX/DSNB, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 519016164 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2024 21:03:00 | BEST BUY/CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519016165 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

| Recipient ID | | Notice Method | Date/Time | Recipient Name/Address |
|---|---|---|---|---|
| | | | Jun 28 2024 21:03:16 | CAPITAL ONE BANK USA N, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 519801612 | | Email/Text: BKBCNMAIL@carringtonms.com | Jun 28 2024 20:48:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road Ste 110,, PMB 200A, Anaheim, CA 92806 |
| 519801613 | | Email/Text: BKBCNMAIL@carringtonms.com | Jun 28 2024 20:48:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road Ste 110,, PMB 200A, Anaheim, CA 92806, Carrington Mortgage Services, LLC, 1600 South Douglass Road Ste 110, |
| 519064596 | | Email/Text: BKelectronicnotices@cenlar.com | Jun 28 2024 20:49:00 | Cenlar, FSB, Attention: BK Department, 425 Phillips Blvd, Ewing, NJ 08618 |
| 519016167 | | Email/Text: correspondence@credit-control.com | Jun 28 2024 20:50:00 | CENTRAL LOAN ADMIN & R, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 519016166 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2024 21:02:31 | CBNA, 50 NW Point Blvd, Elk Grove Village, IL 60007-1032 |
| 519016168 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2024 21:01:59 | CITIBANK N A, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519016169 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2024 21:02:33 | CITICARDS CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 519016170 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 28 2024 20:49:00 | COMENITY BANK/TREK, PO Box 182789, Columbus, OH 43218-2789 |
| 519016171 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 28 2024 20:49:00 | COMENITYBANK/NY&CO, PO Box 182789, Columbus, OH 43218-2789 |
| 519016172 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jun 28 2024 21:02:37 | DEPT OF ED/NAVIENT, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 519016173 | | Email/Text: electronicbkydocs@nelnet.net | Jun 28 2024 20:50:00 | DEPT OF EDUCATION/NELN, 121 S 13th St, Lincoln, NE 68508-1904 |
| 519016174 | | Email/Text: DMCCO.VBASPL@va.gov | Jun 28 2024 20:50:00 | DEPT OF VETERANS AFFAI, PO Box 11930, Saint Paul, MN 55111-0930 |
| 519016175 | | Email/Text: bankruptcynotices@devry.edu | Jun 28 2024 20:50:00 | DEVRY UNIVERSITY INC, 1200 E Diehl Rd, Naperville, IL 60563-9347 |
| 519016176 | | Email/Text: mrdiscen@discover.com | Jun 28 2024 20:48:00 | DISCOVER FIN SVCS LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 519016177 | | Email/Text: mrdiscen@discover.com | Jun 28 2024 20:48:00 | DISCOVER FINANCIAL SER, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 519016178 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2024 21:03:33 | DSNB/MACYS, PO BOX 8218, Mason, OH 45040 |
| 519016186 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2024 21:13:53 | MACYS/DSNB, PO Box 8218, Mason, OH 45040-8218 |
| 519023366 | | Email/Text: mrdiscen@discover.com | Jun 28 2024 20:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519025411 | + | Email/Text: DSLBKYPRO@discover.com | Jun 28 2024 20:50:00 | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 519016179 | | Email/Text: bankruptcycourts@equifax.com | Jun 28 2024 20:49:00 | EQUIFAX, Equifax Disclosure Department, PO Box 740241, Atlanta, GA 30374-0241 |
| 519016180 | ^ | MEBN | Jun 28 2024 20:42:49 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 519016181 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Jun 28 2024 20:48:00 | FIRSTMARK/SLF V - 2015, 121 S 13th St Ste 201, Lincoln, NE 68508-1911 |
| 519016182 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 28 2024 20:49:00 | GM FINANCIAL, PO Box 181145, Arlington, TX 76096-1145 |
| 519016183 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |

Case 20-22489-MBK    Doc 213    Filed 06/30/24    Entered 07/01/24 00:20:13    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jun 28, 2024 | Form ID: plncf13 | Total Noticed: 70 |

| | | | | |
|---|---|---|---|---|
| | | | Jun 28 2024 20:49:00 | INTERNAL REVENUE SERVICES, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519016184 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 28 2024 21:02:19 | JPMCB CARD, PO Box 15369, Wilmington, DE 19850-5369 |
| 519016185 | | Email/Text: PBNCNotifications@peritusservices.com | Jun 28 2024 20:48:00 | KOHLS/CAPONE, N56 RIDGEWOOD DR, Menomonee Falls, WI 53051 |
| 519927712 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 28 2024 20:47:14 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519927713 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 28 2024 21:01:49 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519016187 | + | Email/PDF: pa_dc_claims@navient.com | Jun 28 2024 20:46:48 | NAVIENT, 123 S Justison St, Wilmington, DE 19801-5363 |
| 519016188 | | Email/Text: ext_ebn_inbox@navyfederal.org | Jun 28 2024 20:50:00 | NAVY FEDERAL CR UNION, PO Box 3700, Merrifield, VA 22119-3700 |
| 519016190 | | Email/Text: BKEBN-Notifications@ocwen.com | Jun 28 2024 20:48:00 | NEWREZ C/O PHH MORTGAGE SERVICES, PO Box 5452, Mount Laurel, NJ 08054-5452 |
| 519020649 | + | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jun 28 2024 20:47:00 | Navient Solutions, LLC on behalf of, Ascendium Education Solutions, Inc., PO Box 8961, Madison, WI 53708-8961 |
| 519236660 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jun 28 2024 21:02:53 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 520226831 | + | Email/Text: ecfbnc@aldridgepite.com | Jun 28 2024 20:49:00 | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, Jenelle C. Arnold, ALDRIDGE PITE, LLP, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |
| 519076213 | | Email/Text: mtgbk@shellpointmtg.com | Jun 28 2024 20:48:00 | NewRez LLC DBA Shellpoint Mortgage Servicing, PO Box 10826, Greenville SC 29603-0826 |
| 520009243 | + | Email/Text: RASEBN@raslg.com | Jun 28 2024 20:48:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 519270030 | + | Email/Text: mtgbk@shellpointmtg.com | Jun 28 2024 20:48:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville SC 29603-0826 |
| 519066821 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 28 2024 21:03:09 | Portfolio Recovery Associates, LLC, c/o Sears, POB 41067, Norfolk VA 23541 |
| 519064857 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 28 2024 21:03:03 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519016191 | | Email/Text: ebn_bkrt_forms@salliemae.com | Jun 28 2024 20:50:00 | SALLIE MAE BANK INC, PO Box 3229, Wilmington, DE 19804-0229 |
| 519016192 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2024 21:32:15 | SEARS/CBNA, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 519070733 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 28 2024 20:48:00 | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 519016194 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 28 2024 21:14:30 | SYNCB/AMAZON, PO Box 965015, Orlando, FL 32896-5015 |
| 519016195 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 28 2024 21:02:21 | SYNCB/ASHLEY HOMESTORE, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 519016196 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 28 2024 20:47:25 | SYNCB/CARE CREDIT, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 519066220 | | Email/Text: ebn_bkrt_forms@salliemae.com | | |

|            |     |                                              |                      |                                                                                          |
|------------|-----|----------------------------------------------|----------------------|------------------------------------------------------------------------------------------|
|            |     |                                              | Jun 28 2024 20:50:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319                                     |
| 519076760  | ^   | MEBN                                         | Jun 28 2024 20:46:30 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519017860  | ^   | MEBN                                         | Jun 28 2024 20:46:31 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519016197  |     | Email/PDF: Citi.BNC.Correspondence@citi.com  | Jun 28 2024 20:47:09 | THD/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497                                        |
| 519016198  | ^   | MEBN                                         | Jun 28 2024 20:41:51 | TransUnion, TransUnion Consumer Solutions,, PO Box 2000, Chester, PA 19016-2000          |
| 519068407  | +   | Email/PDF: ebn_ais@aisinfo.com               | Jun 28 2024 21:02:58 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 61

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID  | Bypass Reason | Name and Address |
|-----------|---------------|------------------|
| 519017220 |               | Lidia Gomez      |
| cr        | *+            | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 519049218 | *P++          | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 519927714 | *+            | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519927715 | *+            | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2024                Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2024 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing ajennings@hillwallack.com |
| Andrew M. Lubin | on behalf of Creditor Mortgage Research Center LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com |

Case 20-22489-MBK    Doc 213    Filed 06/30/24    Entered 07/01/24 00:20:13    Desc
Imaged Certificate of Notice    Page 6 of 6

| District/off: 0312-3 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Jun 28, 2024 | Form ID: plncf13 | Total Noticed: 70 |

| | |
|---|---|
| | bkgroup@kmllawgroup.com |
| Edward Hanratty | on behalf of Debtor Ricardo Gomez thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com |
| Edward Hanratty | on behalf of Plaintiff Ricardo Gomez thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com |
| Edward Hanratty | on behalf of Plaintiff Lidia E. Gomez thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com |
| Edward Hanratty | on behalf of Joint Debtor Lidia E. Gomez thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com |
| Elizabeth L. Wassall | on behalf of Creditor Carrington Mortgage Services LLC ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Harold N. Kaplan | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing hkaplan@rasnj.com kimwilson@raslg.com |
| John M. Kolesnik | on behalf of Creditor Mortgage Research Center LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company nj.bkecf@fedphe.com |
| Kristen Peters Watson | on behalf of Creditor Discover Student Loans kwatson@burr.com jcarlin@burr.com;sfoshee@burr.com |
| Laura M. Egerman | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Marisa Myers Cohen | on behalf of Creditor Mortgage Research Center LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company nj-ecfmail@mwc-law.com, jhillier@mwc-law.com |
| Sindi Mncina | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing smncina@raslg.com |
| Steven Eisenberg | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkecf@sterneisenberg.com jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |
| Steven P. Kelly | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing skelly@sterneisenberg.com bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 18