UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

STERN & EISENBERG, PC
1120 Rt. 73, Suite 400
Mt. Laurel, New Jersey 08054
Telephone: (609) 397-9200
Facsimile: (856) 667-1456
Attorneys for: NewRez LLC d/b/a Shellpoint
Mortgage Servicing



**Order Filed on July 8, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Ricardo Gomez aka Ricardo Gomez-Sanchez
Lidia E. Gomez aka Lidia E Marte aka Lidia
Esther Gomez aka Lidia Marte aka Lidia Esther
Marte aka Lidia Gomez
            Debtor

Case Number: 20-22489-MBK

Judge: Michael B. Kaplan

Hearing Date(s): June 12, 2024 at 09:00 a.m.

Chapter: 13

| Recommended Local Form | ☐ Followed | ☒ Modified |
|---|---|---|

## ORDER RESOLVING MOTION TO VACATE STAY
## AND/OR MOTION TO DISMISS
## WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED**.

**DATED: July 8, 2024**

_Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | NewRez LLC d/b/a Shellpoint Mortgage Servicing c/o |
| Applicant's Counsel: | Steven Kelly |
| Debtor's Counsel: | Edward Hanratty |
| Property Involved ("Collateral"): | 57 Forrest Avenue, Sayreville, NJ 08872 |

Relief sought:

☒ Motion for relief from the automatic stay

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

   ☒ The Debtor is overdue for **1** months, from **06/01/2024** to **06/01/2024**.

   ☒ The Debtor is overdue for **1** payments at **$2,148.55** per month.

   ☐ The Debtor is assessed for ___ late charges at $_____ per month.

   ☐ Applicant acknowledges receipt of funds in the amount of $_____ received after the motion was filed.

   Total Arrearages Due **$2,148.55**

2. Debtor must cure all post-petition arrearages, as follows:

   ☒ Immediate payment shall be made in the amount of **$2,148.55**. Payment shall be made no later

than **06/30/2024**.

[x]  Beginning on **07/01/2024**, regular monthly mortgage payments shall continue to be made in the amount of **$2,148.55**, or as adjusted by any timely filed Notice of Mortgage Payment Change in accordance with Fed. R. Bankr. P. 3002.1(b).

[ ]  Beginning on _____, additional monthly cure payments shall be made in the amount of $_____ for _____ months.

[ ]  The amount of $_____ shall be capitalized in the debtor's Chapter 13 plan.  The debtor's monthly payment to the Chapter 13 Trustee is modified to be $_____ per month.

3.  Payments to the Secured Creditor shall be made to the following address(es):

[x]  Immediate payment:              **NewRez LLC d/b/a Shellpoint Mortgage Servicing**
                                     **P.O. Box 650840**
                                     **Dallas, TX 75265-0840**

[x]  Regular monthly payment:        **NewRez LLC d/b/a Shellpoint Mortgage Servicing**
                                     **P.O. Box 650840**
                                     **Dallas, TX 75265-0840**

[ ]  Monthly cure payment:           _____
                                     _____
                                     _____

4.  In the event of Default:

[x]  If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order.  At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

3

☐   If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new

bankruptcy case will not act to impose the automatic stay against the Secured Creditor's

opportunity to proceed against its Collateral without further Order of the Court.

5.  Award of Attorneys' Fees:

☒  The Applicant is awarded attorneys' fees of $1,050.00, and costs of $199.00.

The fees and costs are payable:

☒  through the Chapter 13 plan.

☐  to the Secured Creditor within _____ days.

☐ Attorneys' fees are not awarded.

*Rev.8/1/15*

4

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 20-22489-MBK

Ricardo Gomez                                                                  Chapter 13

Lidia E. Gomez

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                    Page 1 of 2

Date Rcvd: Jul 08, 2024                     Form ID: pdf903                               Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Ricardo Gomez, Lidia E. Gomez, 66 Texas Rd, Monroe, NJ 08831-9655 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2024                          Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing ajennings@hillwallack.com |
| Andrew M. Lubin | on behalf of Creditor Mortgage Research Center  LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Edward Hanratty | on behalf of Plaintiff Lidia E. Gomez thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com |
| Edward Hanratty | on behalf of Joint Debtor Lidia E. Gomez thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com |

District/off: 0312-3                    User: admin                         Page 2 of 2

Date Rcvd: Jul 08, 2024                 Form ID: pdf903                   Total Noticed: 1

Edward Hanratty
                       on behalf of Debtor Ricardo Gomez thanratty@centralnewjerseybankruptcylawyer.com
                       aaguirre@centralnewjerseybankruptcylawyer.com

Edward Hanratty
                       on behalf of Plaintiff Ricardo Gomez thanratty@centralnewjerseybankruptcylawyer.com
                       aaguirre@centralnewjerseybankruptcylawyer.com

Elizabeth L. Wassall
                       on behalf of Creditor Carrington Mortgage Services  LLC ewassall@logs.com,
                       njbankruptcynotifications@logs.com;logsecf@logs.com

Harold N. Kaplan
                       on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing hkaplan@rasnj.com  kimwilson@raslg.com

John M. Kolesnik
                       on behalf of Creditor Mortgage Research Center  LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company
                       nj.bkecf@fedphe.com

Kristen Peters Watson
                       on behalf of Creditor Discover Student Loans kwatson@burr.com  jcarlin@burr.com;sfoshee@burr.com

Laura M. Egerman
                       on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing laura.egerman@mccalla.com
                       mccallaecf@ecf.courtdrive.com

Marisa Myers Cohen
                       on behalf of Creditor Mortgage Research Center  LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company
                       nj-ecfmail@mwc-law.com, jhillier@mwc-law.com

Sindi Mncina
                       on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing smncina@raslg.com

Steven Eisenberg
                       on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkecf@sterneisenberg.com
                       jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

Steven P. Kelly
                       on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing skelly@sterneisenberg.com  bkecf@sterneisenberg.com

U.S. Trustee
                       USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 18