Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  20−22489−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ricardo Gomez
aka Ricardo Gomez−Sanchez
66 Texas Rd
Monroe, NJ 08831−9655

Lidia E. Gomez
aka Lidia Esther Gomez, aka Lidia E
Marte, aka Lidia Marte, aka Lidia Gomez,
aka Lidia Esther Marte
66 Texas Rd
Monroe, NJ 08831−9655

Social Security No.:
xxx−xx−2649                    xxx−xx−6210

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:       9/11/24
Time:       02:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Edward Hanratty, Debtor's Attorney

COMMISSION OR FEES
fee: $1656.66

EXPENSES
expenses: $96.52

If this is a chapter 13 case, the fees and expenses awarded:

- ☑ will not reduce the amount to be paid to general unsecured creditors under the plan.

- ☐ will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 7, 2024
JAN:

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-22489-MBK |
| Ricardo Gomez | Chapter 13 |
| Lidia E. Gomez | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 5 |
| Date Rcvd: Aug 07, 2024 | Form ID: 137 | Total Noticed: 70 |

The following symbols are used throughout this certificate:

**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Ricardo Gomez, Lidia E. Gomez, 66 Texas Rd, Monroe, NJ 08831-9655 |
| lm | + | Mortgage Research Center LLC, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| cr | + | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |
| 519016159 | | ACURA FINANCIAL SERVICE, PO Box 65507, Wilmington, DE 19808-0507 |
| 519016161 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, AMERICAN HONDA FINANCE, 201 Little Falls Dr, Wilmington, DE 19808-1674 |
| 519027256 | + | GS2 Grantor Trust 2016-A, Firstmark Services, PO Box 82522, Lincoln, NE 68501-2522 |
| 519016189 | | NEW JERSEY DIVISION OF TAXATION, 50 Barrack St Fl 9, Trenton, NJ 08608-2006 |
| 519016193 | | SLC STUDENT LOAN TRUST, PO Box 15316, Wilmington, DE 19850-5316 |
| 519016199 | | USAA SAVINGS BANK, PO BOX 47504, San Antonio, TX 78201 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 07 2024 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 07 2024 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: BKBCNMAIL@carringtonms.com | Aug 07 2024 20:34:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 519016160 | | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 07 2024 20:38:24 | AFFIRM INC, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 519018523 | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 07 2024 20:36:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 519023810 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 07 2024 20:35:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 519016162 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 07 2024 20:49:21 | AMEX DEPARTMENT STORES N, PO Box 8218, Mason, OH 45040-8218 |
| 519016163 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 07 2024 20:37:56 | AMEX/DSNB, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 519016164 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 07 2024 20:37:12 | BEST BUY/CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519016165 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 07 2024 20:49:00 | CAPITAL ONE BANK USA N, 15000 Capital One Dr, Richmond, VA 23238-1119 |

Case 20-22489-MBK    Doc 218    Filed 08/09/24    Entered 08/10/24 00:15:14    Desc
Imaged Certificate of Notice    Page 4 of 7

| District/off: 0312-3 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Aug 07, 2024 | Form ID: 137 | Total Noticed: 70 |

| | | | |
|---|---|---|---|
| 519801612 | Email/Text: BKBCNMAIL@carringtonms.com | Aug 07 2024 20:34:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road Ste 110,, PMB 200A, Anaheim, CA 92806 |
| 519801613 | Email/Text: BKBCNMAIL@carringtonms.com | Aug 07 2024 20:34:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road Ste 110,, PMB 200A, Anaheim, CA 92806, Carrington Mortgage Services, LLC, 1600 South Douglass Road Ste 110, |
| 519064596 | Email/Text: BKelectronicnotices@cenlar.com | Aug 07 2024 20:35:00 | Cenlar, FSB, Attention: BK Department, 425 Phillips Blvd, Ewing, NJ 08618 |
| 519016166 | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 07 2024 20:37:21 | CBNA, 50 NW Point Blvd, Elk Grove Village, IL 60007-1032 |
| 519016168 | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 07 2024 20:37:57 | CITIBANK N A, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519016169 | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 07 2024 20:37:16 | CITICARDS CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 519016170 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 07 2024 20:35:00 | COMENITY BANK/TREK, PO Box 182789, Columbus, OH 43218-2789 |
| 519016171 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 07 2024 20:35:00 | COMENITYBANK/NY&CO, PO Box 182789, Columbus, OH 43218-2789 |
| 519016167 | Email/Text: correspondence@credit-control.com | Aug 07 2024 20:35:00 | CENTRAL LOAN ADMIN & R, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 519016172 | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Aug 07 2024 20:37:49 | DEPT OF ED/NAVIENT, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 519016173 | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 07 2024 20:36:00 | DEPT OF EDUCATION/NELN, 121 S 13th St, Lincoln, NE 68508-1904 |
| 519016174 | Email/Text: dmcco.vbaspl@va.gov | Aug 07 2024 20:34:00 | DEPT OF VETERANS AFFAI, PO Box 11930, Saint Paul, MN 55111-0930 |
| 519016175 | Email/Text: bankruptcynotices@devry.edu | Aug 07 2024 20:36:00 | DEVRY UNIVERSITY INC, 1200 E Diehl Rd, Naperville, IL 60563-9347 |
| 519016176 | Email/Text: mrdiscen@discover.com | Aug 07 2024 20:34:00 | DISCOVER FIN SVCS LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 519016177 | Email/Text: mrdiscen@discover.com | Aug 07 2024 20:34:00 | DISCOVER FINANCIAL SER, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 519016178 | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 07 2024 20:37:25 | DSNB/MACYS, PO BOX 8218, Mason, OH 45040 |
| 519016186 | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 07 2024 20:37:50 | MACYS/DSNB, PO Box 8218, Mason, OH 45040-8218 |
| 519023366 | Email/Text: mrdiscen@discover.com | Aug 07 2024 20:34:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519025411 | + Email/Text: DSLBKYPRO@discover.com | Aug 07 2024 20:36:00 | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 519016179 | Email/Text: bankruptcycourts@equifax.com | Aug 07 2024 20:35:00 | EQUIFAX, Equifax Disclosure Department, PO Box 740241, Atlanta, GA 30374-0241 |
| 519016180 | ^ MEBN | Aug 07 2024 20:31:46 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 519016181 | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Aug 07 2024 20:35:00 | FIRSTMARK/SLF V - 2015, 121 S 13th St Ste 201, Lincoln, NE 68508-1911 |
| 519016182 | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 07 2024 20:35:00 | GM FINANCIAL, PO Box 181145, Arlington, TX 76096-1145 |
| 519016183 | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 07 2024 20:35:00 | INTERNAL REVENUE SERVICES, PO Box 7346, Philadelphia, PA 19101-7346 |

| ID | Method | Timestamp | Recipient |
|---|---|---|---|
| 519016184 | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 07 2024 20:37:48 | JPMCB CARD, PO Box 15369, Wilmington, DE 19850-5369 |
| 519016185 | Email/Text: PBNCNotifications@peritusservices.com | Aug 07 2024 20:34:00 | KOHLS/CAPONE, N56 RIDGEWOOD DR, Menomonee Falls, WI 53051 |
| 519927712 + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 07 2024 20:38:23 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519927713 + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 07 2024 20:48:56 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519016187 + | Email/PDF: pa_dc_claims@navient.com | Aug 07 2024 20:38:32 | NAVIENT, 123 S Justison St, Wilmington, DE 19801-5363 |
| 519016188 | Email/Text: ext_ebn_inbox@navyfederal.org | Aug 07 2024 20:36:00 | NAVY FEDERAL CR UNION, PO Box 3700, Merrifield, VA 22119-3700 |
| 519016190 | Email/Text: BKEBN-Notifications@ocwen.com | Aug 07 2024 20:35:00 | NEWREZ C/O PHH MORTGAGE SERVICES, PO Box 5452, Mount Laurel, NJ 08054-5452 |
| 519020649 + | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Aug 07 2024 20:34:00 | Navient Solutions, LLC on behalf of, Ascendium Education Solutions, Inc., PO Box 8961, Madison, WI 53708-8961 |
| 519236660 | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Aug 07 2024 20:48:58 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 520226831 + | Email/Text: ecfbnc@aldridgepite.com | Aug 07 2024 20:35:00 | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, Jenelle C. Arnold, ALDRIDGE PITE, LLP, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |
| 519076213 | Email/Text: mtgbk@shellpointmtg.com | Aug 07 2024 20:35:00 | NewRez LLC DBA Shellpoint Mortgage Servicing, PO Box 10826, Greenville SC 29603-0826 |
| 520009243 + | Email/Text: RASEBN@raslg.com | Aug 07 2024 20:35:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 519270030 + | Email/Text: mtgbk@shellpointmtg.com | Aug 07 2024 20:35:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville SC 29603-0826 |
| 519066821 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 07 2024 20:49:12 | Portfolio Recovery Associates, LLC, c/o Sears, POB 41067, Norfolk VA 23541 |
| 519064857 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 07 2024 20:49:09 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519016191 | Email/Text: ebn_bkrt_forms@salliemae.com | Aug 07 2024 20:36:00 | SALLIE MAE BANK INC, PO Box 3229, Wilmington, DE 19804-0229 |
| 519016192 | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 07 2024 20:49:09 | SEARS/CBNA, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 519070733 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 07 2024 20:35:00 | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 519016194 | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 07 2024 20:38:19 | SYNCB/AMAZON, PO Box 965015, Orlando, FL 32896-5015 |
| 519016195 | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 07 2024 20:38:31 | SYNCB/ASHLEY HOMESTORE, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 519016196 | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 07 2024 20:37:51 | SYNCB/CARE CREDIT, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 519066220 | Email/Text: ebn_bkrt_forms@salliemae.com | Aug 07 2024 20:36:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |

Case 20-22489-MBK    Doc 218    Filed 08/09/24    Entered 08/10/24 00:15:14    Desc
Imaged Certificate of Notice    Page 6 of 7

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Aug 07, 2024 | Form ID: 137 | Total Noticed: 70 |

| 519076760 | ^ MEBN | | Aug 07 2024 20:32:36 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
|---|---|---|---|---|
| 519017860 | ^ MEBN | | Aug 07 2024 20:32:36 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519016197 | | Email/PDF: Citi.BNC.Correspondence@citi.com Aug 07 2024 20:48:56 | | THD/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519016198 | ^ MEBN | | Aug 07 2024 20:31:18 | TransUnion, TransUnion Consumer Solutions,, PO Box 2000, Chester, PA 19016-2000 |
| 519068407 | + | Email/PDF: ebn_ais@aisinfo.com Aug 07 2024 20:38:31 | | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 61

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519017220 | | Lidia Gomez |
| cr | *+ | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 519049218 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 519927714 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519927715 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2024                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing ajennings@hillwallack.com |
| Andrew M. Lubin | on behalf of Creditor Mortgage Research Center  LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 5 of 5 |
| Date Rcvd: Aug 07, 2024 | Form ID: 137 | Total Noticed: 70 |

Edward Hanratty
    on behalf of Debtor Ricardo Gomez thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com

Edward Hanratty
    on behalf of Plaintiff Ricardo Gomez thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com

Edward Hanratty
    on behalf of Plaintiff Lidia E. Gomez thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com

Edward Hanratty
    on behalf of Joint Debtor Lidia E. Gomez thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com

Elizabeth L. Wassall
    on behalf of Creditor Carrington Mortgage Services  LLC ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Harold N. Kaplan
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing hkaplan@rasnj.com  kimwilson@raslg.com

John M. Kolesnik
    on behalf of Creditor Mortgage Research Center  LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company nj.bkecf@fedphe.com

Kristen Peters Watson
    on behalf of Creditor Discover Student Loans kwatson@burr.com  jcarlin@burr.com;sfoshee@burr.com

Laura M. Egerman
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com

Marisa Myers Cohen
    on behalf of Creditor Mortgage Research Center  LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company nj-ecfmail@mwc-law.com, jhillier@mwc-law.com

Sindi Mncina
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing smncina@raslg.com

Steven Eisenberg
    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkecf@sterneisenberg.com jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

Steven P. Kelly
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing skelly@sterneisenberg.com  bkecf@sterneisenberg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 18