Order Filed on November 25, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Ricardo Gomez
Lidia E. Gomez

Case No.: __20-22489__

Chapter: __13__

Hearing Date: _____

Judge: __Hall__

## ORDER VACATING

## Order Granting Motion For Relief From Stay

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 25, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

The Court on its own motion finds that the:

## Order Granting Motion For Relief From Stay

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order , dated __11/24/2025__, be and the same is hereby vacated.

*revised 2/25/14*