Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  20–22489–MEH
Chapter:  13
Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Ricardo Gomez | Lidia E. Gomez |
| aka Ricardo Gomez–Sanchez | aka Lidia Esther Gomez, aka Lidia E |
| 66 Texas Rd | Marte, aka Lidia Marte, aka Lidia Gomez, |
| Monroe, NJ 08831–9655 | aka Lidia Esther Marte |
| | 66 Texas Rd |
| | Monroe, NJ 08831–9655 |

Social Security No.:
  xxx–xx–2649                                xxx–xx–6210

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 12/3/25 at 09:00 AM

to consider and act upon the following:

*224* – Creditor's Certification of Default (related document:214 Order on Motion For Relief From Stay) filed by Steven P. Kelly on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing. Objection deadline is 11/21/2025. (Attachments: # 1 Exhibit # 2 Certification # 3 Proposed Order # 4 Certificate of Service) (Kelly, Steven)

Dated: 11/25/25

Jeanne Naughton
Clerk, U.S. Bankruptcy Court