| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance of D.N.J. LBR 9004-1(b)**<br><br>Steven Kelly (NJ Bar # 010032010)<br>Stern & Eisenberg, PC<br>1120 Rt. 73, Suite 400<br>Telephone: (609) 397-9200<br>Facsimile: (856) 667-1456<br>Email: skelly@sterneisenberg.com<br><br>Attorney for Movant NewRez LLC d/b/a Shellpoint Mortgage Servicing | |
| In Re:<br><br>Ricardo Gomez<br>aka Ricardo Gomez-Sanchez<br><br>Lidia E. Gomez<br>aka Lidia E Marte<br>aka Lidia Esther Gomez<br>aka Lidia Marte<br>aka Lidia Esther Marte<br>aka Lidia Gomez<br>            Debtor(s) | Case No.: 20-22489-MEH<br><br>Chapter: 13<br><br>Hearing Date: January 14, 2026 at 09:00 a.m.<br><br>Judge: Mark E. Hall |

## CERTIFICATION CONCERNING PROPOSED ORDER

I, **Steven P. Kelly**, certify that with respect to the proposed order submitted to the court, the following is true and correct to the best of my knowledge.

For the matter titled **Creditor's Certification of Default [Docket Entry No. 224]** filed on **November 7, 2025**:

### Orders to be Submitted

1.) ☐ A hearing was held and the matter was marked "Order to be submitted." All parties to the matter have reviewed the proposed order and agree that the proposed order comports with the Court's ruling and may be entered without being held for 7 days under D.N.J. LBR 9013-4(d).

OR

2.) ☒ A pending matter has been resolved. All parties to the matter have reviewed the proposed order and agree it may be entered without being held for 7 days under D.N.J. LBR 9013-4(d).

### Consent Orders

3.) ☒ A proposed consent order relating to a pending matter has been submitted. All parties to the matter have reviewed the proposed consent order and agree it may be entered under D.N.J. LBR 9013-4(d).

OR

4.) ☐ An application and proposed consent order not relating to a pending matter has been filed under D.N.J. LBR 9013-4(d). All parties to the matter have reviewed the proposed consent order and agree it may be entered without being held for 7 days under D.N.J. LBR 9013-4(d).

*rev. 8/1/15*

Final paragraph options:

5.) ☒  If submitting the consent order and this certification to the Court conventionally, I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr. P. 9011.

OR

6.) ☐ If submitting or filing the consent order and this certification to the Court electronically, I will simultaneously electronically file this certification, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011.

A copy of the proposed order has been provided to:

| NAME | RELATIONSHIP TO CASE |
| --- | --- |
| Albert Russo | ☒ Trustee |
| U.S. Trustee | ☒ U.S. Trustee |
| Edward Hanratty | Debtors' Attorney |
|  |  |
|  |  |

I certify under penalty of perjury that the foregoing is true.

Date: December 16, 2025              /s/ Steven Kelly
                                     Signature

*rev. 8/1/15*