Certificate Number: 17572-NJ-DE-040406689

Bankruptcy Case Number: 20-22489



17572-NJ-DE-040406689

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 12, 2025</u>, at <u>7:45</u> o'clock <u>AM PST</u>, <u>Ricardo Gomez</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>December 12, 2025</u>          By:   <u>/s/Kelly Faulks</u>

Name:  <u>Kelly Faulks</u>

Title:  <u>Counselor</u>