Certificate Number: 17572-NJ-DE-040406690

Bankruptcy Case Number: 20-22489



17572-NJ-DE-040406690

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 12, 2025, at 7:45 o'clock AM PST, Lidia Gomez completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   December 12, 2025              By:    /s/Kelly Faulks

                                       Name:  Kelly Faulks

                                       Title: Counselor