UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 20-22489 |
|---|---|---|
| RICARDO GOMEZ & LIDIA E. GOMEZ | Judge: | MEH |
| | Chapter: | 13 |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____LIDIA E. GOMEZ_____, debtor in the above captioned case request the Court issue a discharge on my behalf. As such I hereby certify as follows:

1. All payments required to be made by me to the standing trustee under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations, or

   ☐ I am required to pay domestic support obligations, and have paid all amounts payable under court order or statute that were due on or before the date of this certification, or

   ☐ I am required to pay domestic support obligations, but have not paid all amounts due pursuant to court order or statute as of the date of this certification.

3. My current address is: __66 Texas Road__
   __Monroe Twp., NJ 08831__

4. The name and address of my current employer is (enter NONE if not currently employed):
   __NYC DOE__
   __65 Court St #102__
   __Brooklyn, NY 11201__

I certify under penalty of perjury that the foregoing is true and correct.

Date: __2/1/2026__   _____[signature]_____
                     Debtor's Signature

NOTE: Each debtor in a joint case must file separate Certifications in Support of Discharge.

Rev. 1/1/08

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 20-22489 |
|---|---|---|
| RICARDO GOMEZ & LIDIA E. GOMEZ | Judge: | MEH |
| | Chapter: | 13 |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, __RICARDO GOMEZ__, debtor in the above captioned case request the Court issue a discharge on my behalf. As such I hereby certify as follows:

1. All payments required to be made by me to the standing trustee under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations, or

   ☐ I am required to pay domestic support obligations, and have paid all amounts payable under court order or statute that were due on or before the date of this certification, or

   ☐ I am required to pay domestic support obligations, but have not paid all amounts due pursuant to court order or statute as of the date of this certification.

3. My current address is: 66 Texas Road
   Monroe Twp, NJ 08831

4. The name and address of my current employer is (enter NONE if not currently employed):
   On Point Landscaping & Design
   66 Texas Rd
   Monroe Twp NJ 08831

I certify under penalty of perjury that the foregoing is true and correct.

Date: 2/1/2026

Debtor's Signature

NOTE: Each debtor in a joint case must file separate Certifications in Support of Discharge.

Rev. 1/1/08