Form ntcfncurv – ntcfncurv27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20–22489–MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ricardo Gomez
aka Ricardo Gomez–Sanchez
66 Texas Rd
Monroe, NJ 08831–9655

Lidia E. Gomez
aka Lidia Esther Gomez, aka Lidia E
Marte, aka Lidia Marte, aka Lidia Gomez,
aka Lidia Esther Marte
66 Texas Rd
Monroe, NJ 08831–9655

Social Security No.:
xxx–xx–2649

xxx–xx–6210

Employer's Tax I.D. No.:

## NOTICE OF RESPONSE TO TRUSTEE'S
## NOTICE OF DISBURSEMENTS MADE

TO: <u>Ricardo Gomez and Lidia E. Gomez</u>
    Debtor(s)

You are hereby notified that a Response to Trustee's Notice of Disbursements Made has been filed. Under Fed. R. Bankr. P. 3002.1(g), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post–petition amounts.

Dated: February 23, 2026
JAN: mmf

<u>Jeanne Naughton, Clerk</u>